Michael L. Rains, SBN 91013
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Boulevard, Suite 230
Pleasant Hill, CA 94523
Telephone: 925.609.1699
Facsimile: 925.609.1690

Attorneys for Defendants
DON and RHONDA DALLIMONTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY inclusive,<br><br>Defendant. | Case No. C 07-3625 JL<br><br>STIPULATION OF THE PARTIES TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>L.R. 6-1(a) |

Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI through their counsel of record Brian Gearinger, Esq., of the Law Offices of Mosley & Gearinger, LLP, and Defendants DON DALLIMONTI and RHONDA DALLIMONTI through their current attorneys Michael L. Rains, Esq., of Rains, Lucia & Wilkinson, LLP, stipulate and agree that the Dallimontis' time within which to answer or otherwise respond to the Complaint may be enlarged 30 days, or through September 5, 2007. The additional time is required in order to afford Mr. and Mrs. Dallimonti necessary time to obtain permanent counsel to defend them in the above-entitled action.

STIPULATION OF THE PARTIES TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT

MOSLEY & GEARINGER, LLP

Dated: July 31, 2007    /s/ Brian Gearinger
Brian Gearinger
Attorneys for MICHAEL and TRACY TOSCHI

RAINS, LUCIA & WILKINSON, LLP

Dated: July 31, 2007    /s/ Michael L. Rains
Michael L. Rains
Attorneys for DON and RHONDA DALLIMONTI

STIPULATION OF THE PARTIES TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT

# PROOF OF SERVICE

Re: *Toschi vs. County of San Mateo, et. al.,*
Superior Court of California City and County of San Francisco
Case No. C 07-3625 JL

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION OF THE PARTIES TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

upon all parties addressed as follows:

Mark L. Mosley, Esq.
Brian Gearinger, Esq.
Mosley & Gearinger
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109

said service was effected as indicated below:

☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☒ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on August 2, 2007 at Pleasant Hill, California.

*/s/ Maggie Bedig*
Maggie Bedig

PROOF OF SERVICE