UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TOSCHI, AND TRACY TOSCHI

No. C 07-3625

Plaintiff(s),

v.

COUNTY OF SAN MATEO, DON
DALLIMONTI, RHONDA DALLIMONTI, NEIL
CULLEN. BRIAN LEE. DAVID WEIDNER.
                    Defendant(s).

_____/

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: 8/14/07

Signature

Counsel for DEFENDANT COUNTY
(Plaintiff, Defendant, or indicate "pro se")