1  JOHN HOUSTON SCOTT  (SBN 72578)
   LIZABETH N. de VRIES   (SBN 227215)
2  **THE SCOTT LAW FIRM**
   1375 Sutter Street, Suite 222
3  San Francisco, CA 94109
   Tel: (415) 561-9600
4  Fax: (415) 561-9609

5  MARK L. MOSLEY   (State Bar #136449)
   BRIAN GEARINGER (State Bar #146125)
6  STEPHEN F. HENRY (State Bar #142336)
7  **MOSLEY & GEARINGER LLP**
   825 Van Ness Avenue, 4th Floor
8  San Francisco, CA 94109-7837
   Tel: (415) 440-3102
9  Fax: (415) 440-3103

10 Attorneys for the Plaintiffs
   MICHAEL TOSCHI and TRACY TOSCHI
11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**PROOF OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER AND COURT'S STANDING ORDERS**<br><br>[Fed.R.Civ.P. 4 and 5] |

PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1375 Sutter Street, Suite 222, San Francisco, California, 94109. On September 11, 2007, I served the within document(s):

**CASE MANAGEMENT CONFERENCE ORDER and COURT'S STANDING ORDERS**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

**Attorneys for County of San Mateo,**

Virgil Raymond Swope, III
**OFFICE OF COUNTY COUNSEL**
400 County Center, 6th Floor
Redwood City, CA 94063

**Attorneys for Don Dallimonti and Rhonda Dallimonti,**

J. Michael Fitzsimmons
Lisa Jeong Cummins
**CAMPBELL, WARBURTON, FITZSIMMONS, SMITH MENDELL & PASTORE**
64 West Santa Clara Street
San Jose, CA 95113-1806

**Attorneys for Don Dallimonti and Rhonda Dallimonti,**

Michael Logan Rains
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 11, 2007, at San Francisco, California.

*Tiffany S. Posey*
TIFFANY S. POSEY

2

PROOF OF SERVICE