# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Toschi,<br><br>            Plaintiff(s),<br><br>    v.<br><br>County of San Mateo,<br><br>            Defendant(s). | 07-03625 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 11, 2007

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

                _____
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03625 MMC                      -2-

PROOF OF SERVICE

Case Name:      Toschi v. County of San Mateo

Case Number:    07-03625 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 11, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Stephen F. Henry
> Mosley & Gearinger LLP
> 825 Van Ness Avenue, Fourth Floor
> Berkeley, CA 94109-7837
> shenry@mosleygearinger.com
>
> Brian Gearinger
> Mosley & Gearinger LLP
> 825 Van Ness Avenue
> Fourth Floor
> San Francisco, CA 94109
> bgearinger@mosleygearinger.com
>
> John Houston Scott
> The Scott Law Firm
> 1375 Sutter Street, Suite 222
> San Francisco, CA 94109
> tposey@lawjhs.com
>
> Lizabeth N. de Vries
> The Scott Law Firm

1375 Sutter Street, Suite 222
San Francisco, CA 94109
lndv@lawjhs.com

Mark Lewis Mosley
Mosley & Gearinger LLP
825 Van Ness Avenue, Fourth Floor
San Francisco, CA 94109-7837
mmosley@mosleygearinger.com

Virgil Raymond Swope
San Mateo County Counsel
400 County Center, 6th Floor
Redwood City, CA 94063
RSwope@co.sanmateo.ca.us

Michael Logan Rains
Rains, Lucia & Wilkinson LLP
2300 Contra Costa Blvd.
Suite 230
Pleasant Hill, CA 94523
mrains@rlwlaw.com

Lisa J. Cummins
Campbell Warburton Fitzsimmons er al
111 W. St. John Street
Suite 440
San Jose, CA 95113
lcummins@campbellwarburton.com

J. Michael Fitzsimmons
Law Offices of Campbell, Warburton, Fitzsimmons. Smith
111 W. St. John Street, Ste 440
Mendell & Pastore
San Jose, CA 95113
mfitzsimmons@campbellwarburton.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 11, 2007 in San Francisco, California.

                                                            RICHARD W. WIEKING
                                                            Clerk
                                                            by:     Timothy J. Smagacz

                                                            */s/ Timothy Smagacz*
                                                            _____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov