J. Michael Fitzsimmons - SBN 132343
Lisa Jeong Cummins - SBN 118087
**CAMPBELL, WARBURTON, FITZSIMMONS,**
      **SMITH, MENDELL & PASTORE**
64 West Santa Clara Street
San Jose, California 95113-1806
Telephone:    408-295-7701
Facsimile:    408-295-1423
lcummins@campbellwarburton.com

Attorneys for Defendants
DON DALLIMONTI and RHONDA DALLIMONTI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No.  C-07-3625 MMC <br><br> **DEFENDANTS DALLIMONTIS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest as described in Rule 3-16(b)(1) and (2) to report.


DATED: October 19, 2007          CAMPBELL, WARBURTON, FITZSIMMONS,
                                                    SMITH, MENDELL & PASTORE



                                          By:_____/s/_____
                                                    LISA JEONG CUMMINS
                                                    Attorneys for Defendants
                                                    DON DALLIMONTI and RHONDA DALLIMONTI