1 MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
2 Hall of Justice and Records
400 County Center, 6th Floor
3 Redwood City, CA  94063
Telephone: (650) 363-4759
4 Facsimile:  (650) 363-4034
E-mail:  rswope@co.sanmateo.ca.us
5
Attorneys for Defendants
6 COUNTY OF SAN MATEO, NEIL CULLEN,
BRIAN LEE, and DAVID WEIDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL TOSCHI, AND TRACY TOSCHI | Case No. C-07-3625 MMC |
|---|---|
| Plaintiffs, | **DEFENDANTS COUNTY OF SAN MATEO, NEIL CULLEN, BRIAN LEE AND DAVID WEIDNER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.** |
| vs. | |
| COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive | [Civil Local Rule 3-16] |
| Defendants. | |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest as described in Rule 3-16(b)(1) and (2) to report.

Dated:  October 23, 2007           Respectfully submitted,

                                    THOMAS F. CASEY III, COUNTY COUNSEL


                                    By: _____/s/_____
                                          V. Raymond Swope III, Deputy

                                    Attorneys for Defendants
                                    COUNTY OF SAN MATEO, NEIL CULLEN,
                                    BRIAN LEE, and DAVID WEIDNER

L:\LITIGATE\T_CASES\Toschi\Pleadings\Certi of Interested Entities or Persons.doc