J. Michael Fitzsimmons - SBN 132343
jfitzsimmons@campbellwarburton.com
Lisa Jeong Cummins - SBN 118087
lcummins@campbellwarburton.com
**CAMPBELL, WARBURTON, FITZSIMMONS,
    SMITH, MENDELL & PASTORE**
64 West Santa Clara Street
San Jose, California  95113-1806
Telephone:     408-295-7701
Facsimile:     408-295-1423

Attorneys for Defendants
DON DALLIMONTI and RHONDA DALLIMONTI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI, | Case No.   C-07-3625 MMC |
| Plaintiffs, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| vs. | |
| COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourt.gov;

(2)   Discussed the available dispute resolution options provided by the Court and private

1  entities; and

2      (3) Considered whether this case might benefit from any of the available dispute resolution
3  options.

5  Dated: October 23, 2007

7                                            /s/
                                       Michael Toschi

9  Dated: October 23, 2007

11                                            /s/
                                       Tracy Toschi

13  Dated: October 23, 2007        THE SCOTT LAW FIRM

15  By:                /s/
        John Houston Scott
16          Attorneys for Plaintiffs MICHAEL
        TOSCHI and TRACY TOSCHI

19  Dated: October 23, 2007        COUNTY OF SAN MATEO

21  By:                /s/
        V. Raymond Swope III
22          [pursuant to Civil L.R. 3-9(c)]

24  Dated: October 23, 2007

26                                            /s/
                                       Neil Cullen

1  Dated: October 23, 2007

                                    _____/s/_____
                                              Brian Lee

Dated: October 23, 2007

                                    _____/s/_____
                                              David Weidner

Dated: October 23, 2007          MICHAEL P. MURPHY, COUNTY COUNSEL


                                 By:_____/s/_____
                                    V. Raymond Swope III, Deputy
                                    Attorneys for Defendants COUNTY OF
                                    SAN MATEO, NEIL CULLEN,
                                    BRIAN LEE, and DAVID WEIDNER

Dated: October 23, 2007


                                    _____/s/_____
                                              Don Dallimonti

Dated: October 23, 2007


                                    _____/s/_____
                                              Rhonda Dallimonti

//

//

//

//

Case No.  C-07-3625 MMC
ADR CERTIFICATION BY PARTIES AND COUNSEL

- 3 -

| | |
|---|---|
| Dated: October 23, 2007 | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE |

By:_____/s/_____
    Lisa Jeong Cummins
    Attorneys for Defendants
    DON DALLIMONTI and
    RHONDA DALLIMONTI