1  J. Michael Fitzsimmons - SBN 132343
   jfitzsimmons@campbellwarburton.com
2  Lisa Jeong Cummins - SBN 118087
   lcummins@campbellwarburton.com
3  **CAMPBELL, WARBURTON, FITZSIMMONS,**
       **SMITH, MENDELL & PASTORE**
4  64 West Santa Clara Street
   San Jose, California  95113-1806
5  Telephone:    408-295-7701
   Facsimile:    408-295-1423
6
   Attorneys for Defendants
7  DON DALLIMONTI and RHONDA DALLIMONTI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI, | Case No.  C-07-3625 MMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

//

//

---

Case No.  C-07-3625 MMC
ADR STIPULATION AND ORDER SELECTING ADR PROCESS

1 | The parties agree to participate in the following ADR process:

2 | **Court Processes:**

3 | ☐ Non-binding Arbitration (ADR L.R. 4)

4 | ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

5 | ☐ Mediation (ADR L.R. 6)

6 | **Private Process:**

7 | ■ **Private ADR: Mediation through JAMS**

9 | The parties agree to hold the ADR session (MEDIATION) by:

10 | ■ **the presumptive deadline of 90 days from the date of the order referring**

11 | **the case to an ADR process, unless otherwise ordered**

12 | ☐ other requested deadline _____

16 | Dated: October 23, 2007                    THE SCOTT LAW FIRM

18 | By:_____/s/_____
       John Houston Scott
19 |   Attorneys for Plaintiffs MICHAEL
       TOSCHI and TRACY TOSCHI

22 | Dated: October 23, 2007                    MICHAEL P. MURPHY, COUNTY COUNSEL

24 | By:_____/s/_____
       V. Raymond Swope III, Deputy
25 |   Attorneys for Defendants COUNTY OF
       SAN MATEO, NEIL CULLEN,
26 |   BRIAN LEE, and DAVID WEIDNER

---

Case No. C-07-3625 MMC
ADR STIPULATION AND ORDER SELECTING ADR PROCESS

- 2 -

1  Dated: October 23, 2007          CAMPBELL, WARBURTON, FITZSIMMONS,
                                     SMITH, MENDELL & PASTORE

                                    By:_____/s/_____
                                       Lisa Jeong Cummins
                                       Attorneys for Defendants
                                       DON DALLIMONTI and
                                       RHONDA DALLIMONTI

PURSUANT TO GENERAL ORDER 45,

   I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**, attest that I have obtained the concurrence of John Houston Scott and V. Raymond Swope III on this filing.  I declare the foregoing under the penalty of perjury.

DATED: October 23, 2007             CAMPBELL, WARBURTON, FITZSIMMONS,
                                     SMITH, MENDELL & PASTORE

                                    By:_____/s/_____
                                       Lisa Jeong Cummins
                                       Attorneys for Defendants
                                       DON DALLIMONTI and RHONDA
                                       DALLIMONTI

//
//
//
//
//
//
//
//

1  **[PROPOSED] ORDER**

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3  MEDIATION

4  Deadline for ADR session

5  ■    **90 days from the date of this order.**

6  ☐    other

7  IT IS SO ORDERED.

9  Dated: _____

UNITED STATES MAGISTRATE JUDGE

---

Case No.   C-07-3625 MMC
ADR STIPULATION AND ORDER SELECTING ADR PROCESS

- 4 -