SCOTT LAW FIRM

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

MARK L. MOSLEY (State Bar #136449)
BRIAN GEARINGER (State Bar #146125)
STEPHEN F. HENRY (State Bar #142336)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.<br><br>**PLAINTIFFS' F.R.C.P. 26 INITIAL DISCLOSURES** |

Plaintiffs make the following initial disclosures under F.R.C.P. 26:

**WITNESSES**: The names, contact information and general subject area of knowledge for the witnesses of which plaintiffs are aware of at this time are as follows:

1. Michael Toschi – Plaintiff, as to his knowledge of the allegations and complaint;

2. Tracy Toschi – Plaintiff, as to her knowledge of the allegations and complaint;

3.  Ron Martinelli – Police expert, consultant and percipient witness to the events surrounding the September 24, 2006 detention;

4.  Sgt. Ken Taylor – County employee – as to his involvement;

5.  David Weidner – County employee – as to his involvement;

6.  Don Dalimonti- Defendant – as to the events alleged in the complaint;

7.  Rhonda Dalimonti - Defendant – as to the events alleged in the complaint;

8.  Lisa Ekers – County employee – as to her involvement;

9.  Neil Cullen - County employee – as to his involvement;

10. Brian Lee - County employee – as to his involvement;

11. Mark Marelich - County employee – as to his involvement;

12. David Clarke - County employee – as to his involvement;

13. Steve Ballisteri - County employee- as to his involvement;

14. Lt. Ken Jones - County employee – as to his involvement in the September 24th incident;

15. Sgt. Gil Rodriguez - County employee – as to his investigation of the plaintiffs complaint;

16. Lt. Marc Alcantara - County employee – as to his investigation of the plaintiffs complaint;

17. Grace Whipps – neighbor – as to her knowledge of Don Dalimonti and the allegations in the complaint;

18. Pam Schnur – neighbor – as to her knowledge of Don Dalimonti and the allegations in the complaint;

19. Bruce Matheson – Expert consultant hired by the plaintiffs to evaluate water run-off and erosion on the plaintiffs' property;

20. Tom Linebarger – neighbor- as to his knowledge of Don Dalimonti and the allegations in the complaint;

21. Jaymie Dubois – neighbor- as to her knowledge of Don Dalimonti and the allegations in the complaint; and

22. Lilya Vorobey – neighbor - as to her knowledge of Don Dalimonti and the allegations in the complaint.

**DOCUMENTS**: Documents that plaintiffs may use to support their case may be described as follows:

|  | DATE | DOCUMENT |
|---|---|---|
| 1. | 07/05/06 | Notice to Remove Encroachment |
| 2. |  | Photographs |
| 3. | 07/26/06 | Letter from Lisa A. Ekers to Michael Toschi re: Final Notice to Remove Non-Permitted Encroachment in the Public Right-of-Way - 2511 Park Road, Redwood City |
| 4. | 08/14/06 | Letter from Lisa A. Ekers to Michael Toschi re: Encroachment at 2511 Park Road, Redwood City |
| 5. | 08/15/06 | Encroachment Permit Application |
| 6. | 08/15/06 | Letter from Neil R. Cullen to Don Dallimonti re: Removal of Encroachment Adjacent to 2511 Park Road |
| 7. | 08/23/06 | Encroachment Permit |
| 8. |  | Photographs of Finished Planting Accurate with San Mateo County Encroachment Permit dated August 23, 2006 |
| 9. |  | Special Provisions of County of San Mateo Department of Public Works Road Operations Permits |
| 10. | 09/16/06 | Citizen's Commendation/ Complaint Form |
| 11. | 09/24/06 | Memo from Michael Toschi re: September 24, 2006 |
| 12. | 09/26/06 | Letter from Neil R. Cullen to Michael Toschi re: Final Notice Pending Action to Remove Non-Permitted Encroachment in the Public Right-of-Way - 2511 Park Road, Redwood City |
| 13. | 09/27/06 | Requests for Orders to Stop Harassment |
| 14. | 09/27/06 | Notice of Hearing and Temporary Restraining Order |
| 15. | 09/29/06 | Letter from Michael Toschi to Neil R. Cullen re: Response to Letter Dated September 26, 2006 |
| 16. | 10/10/06 | Restraining Order After Hearing to Stop Harassment |

| 17. | 10/16/06 | Answer to Request Orders to Stop Harassment |
| 18. | 10/20/06 | Notice to Remove Encroachment |
| 19. | 10/24/06 | Reissue Temporary Restraining Order |
| 20. | 10/27/06 | Proof of Service of Reissue Temporary Restraining Order to Don Dallimonti |
| 21. | 10/30/06 | Letter from Bruce Matheson to Michael Toschi re: Inspection Report on Runoff from Park Road |
| 22. | 11/02/06 | Memo from Michael Toschi re: November 2, 2006 |
| 23. | 11/03/06 | Proof of Service of Reissue Temporary Restraining Order to Rhonda Dallimonti |
| 24. | 11/09/06 | Letter from Michael Toschi to Neil R. Cullen |
| 25. | | Memo re: Inspections of Plantings |
| 26. | 11/15/06 | Letter from Neil R. Cullen to Michael Toschi re: Removal of Non-Permitted Encroachment in the Public Right-of-Way - 2511 Park Road, Redwood City |
| 27. | 12/09/06 | Memo re: Remove of Foliage and Burn Installation on December 9, 2006 and Photographs |
| 28. | 12/14/06 | Letter from Bruce Matheson to Michael Toschi re: Inspection Report |
| 29. | 12/16/06 | Memo from Michael Toschi re: December 16, 2006 |
| 30. | 12/19/06 | Letter from Michael and Tracy Toschi to Neil R. Cullen re: Response to Letter Dated December 9, 2006 |
| 31. | 12/29/06 | Letter from Neil R. Cullen to Michael Toschi re: Removal of Non-Permitted Encroachment in the Public Right-of-Way - 2511 Park Road, Redwood City |
| 32. | 01/08/07 | Reissue Temporary Restraining Order |
| 33. | 01/08/07 | Letter from Michael and Tracy Toschi to Neil R. Cullen |
| 34. | 01/10/07 | Letter from Gil Rodriguez to Michael Toschi |
| 35. | 01/10/07 | Proof of Service of Reissue Temporary Restraining Order to Don Dallimonti |

| 36. | 01/11/07 | Letter from Gil Rodriguez to Michael Toschi |
| 37. | 01/12/07 | Proof of Service of Reissue Temporary Restraining Order to Rhonda Dallimonti |
| 38. | 02/01/07 | Letter from Brian C. Lee to Michael Toschi re: Non-Permitted Encroachment in the Public Right-of-Way - 2511 Park Road, Redwood City |
| 39. | | San Mateo County Guidelines for Drainage Review |
| 40. | 02/06/07 | Restraining Order After Hearing to Stop Harassment |

**DAMAGES**:  The plaintiffs have incurred economic damages as follows: labor and materials for erosion repair from 2004 – 2006 in the amount of approximately $6,600; Cost of having a fallen Heritage Oak tree removed of $650;  Cost of approximately $500 for fence repair; and expense of approximately $300 to repair a gravel path on plaintiffs' property.  In addition, there is other damage to plaintiffs' property that will require labor and materials in the future including: the cost of pruning three large oak trees in the amount of approximately $6,000; the cost of approximately $800 to rebuild a rock wall; the cost of approximately $3,500 to replant shrubs removed from the property; and the cost of approximately $300 to repair a sink hole.

In addition, the plaintiffs have incurred general damages for emotional distress in an amount that is presently not capable of calculation.  In addition, the plaintiffs will be entitled to attorneys' fees if they prevail on certain causes of action.

**CERTIFICATION**:  I hereby certify that the above F.R.C.P. 26 initial disclosures are complete and correct as of this date to the best of my knowledge, information and belief, formed after a reasonable inquiry.

**DATED:** October 16, 2007

**SCOTT LAW FIRM**

By: _____
    JOHN HOUSTON SCOTT
    Attorney for Plaintiff
