1  J. Michael Fitzsimmons - SBN 132343
   jfitzsimmons@campbellwarburton.com
2  Lisa Jeong Cummins - SBN 118087
   lcummins@campbellwarburton.com
3  **CAMPBELL, WARBURTON, FITZSIMMONS,**
   **SMITH, MENDELL & PASTORE**
4  64 West Santa Clara Street
   San Jose, California  95113-1806
5  Telephone:     408-295-7701
   Facsimile:     408-295-1423
6
   Attorneys for Defendants
7  DON DALLIMONTI and RHONDA DALLIMONTI

8

9

10

11
                    **UNITED STATES DISTRICT COURT**
12
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

14  MICHAEL TOSCHI, and TRACY          )   Case No.   C-07-3625 MMC
    TOSCHI,                            )
15                                     )
                       Plaintiffs,     )   **STIPULATION AND [PROPOSED]**
16                                     )   **ORDER SELECTING ADR PROCESS**
    vs.                                )
17                                     )
    COUNTY OF SAN MATEO, DON           )
18  DALLIMONTI, RHONDA                 )
    DALLIMONTI, NEIL CULLEN, BRIAN     )
19  LEE, DAVID WEIDNER, and DOES       )
    ONE through FIFTY, inclusive,      )
20                                     )
                       Defendants.     )
21  _____)

22

23

24       Counsel report that they have met and conferred regarding ADR and have reached the

25  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

26  //

27  //

28  _____

1    The parties agree to participate in the following ADR process:

2        **Court Processes:**

3            ☐       Non-binding Arbitration (ADR L.R. 4)

4            ☐       Early Neutral Evaluation (ENE) (ADR L.R. 5)

5            ☐       Mediation (ADR L.R. 6)

6        **Private Process:**

7            ■       **Private ADR:  Mediation through JAMS**

8

9    The parties agree to hold the ADR session (MEDIATION) by:

10           ■       **the presumptive deadline of 90 days from the date of the order referring**

11                   **the case to an ADR process, unless otherwise ordered**

12           ☐       other requested deadline _____

13

14

15

16   Dated: October 23, 2007              THE SCOTT LAW FIRM

17

18                                        By:_____/s/_____
                                             John Houston Scott
19                                           Attorneys for Plaintiffs MICHAEL
                                             TOSCHI and TRACY TOSCHI
20

21

22   Dated: October 23, 2007              MICHAEL P. MURPHY, COUNTY COUNSEL

23

24                                        By:_____/s/_____
                                             V. Raymond Swope III, Deputy
25                                           Attorneys for Defendants COUNTY OF
                                             SAN MATEO, NEIL CULLEN,
26                                           BRIAN LEE, and DAVID WEIDNER

27

28   _____

1    Dated: October 23, 2007                    CAMPBELL, WARBURTON, FITZSIMMONS,
                                                        SMITH, MENDELL & PASTORE
2

3
                                                 By:_____/s/_____
4                                                    Lisa Jeong Cummins
                                                     Attorneys for Defendants
5                                                    DON DALLIMONTI and
                                                     RHONDA DALLIMONTI
6

7

8    PURSUANT TO GENERAL ORDER 45,

9          I, Lisa Jeong Cummins, the ECF User transmitting and filing this **STIPULATION AND**

10   **[PROPOSED] ORDER SELECTING ADR PROCESS**, attest that I have obtained the

11   concurrence of John Houston Scott and V. Raymond Swope III on this filing.  I declare the

12   foregoing under the penalty of perjury.

13

14   DATED: October 23, 2007                    CAMPBELL, WARBURTON, FITZSIMMONS,
                                                        SMITH, MENDELL & PASTORE
15

16
                                                 By:_____/s/_____
17                                                   Lisa Jeong Cummins
                                                     Attorneys for Defendants
18                                                   DON DALLIMONTI and RHONDA
                                                     DALLIMONTI
19

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   _____

**[PROPOSED]** **ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private MEDIATION through JAMS

Deadline for ADR session

■     **90 days from the date of this order.**

☐     other

IT IS SO ORDERED.

Dated: October 25, 2007

UNITED STATES MAGISTRATE JUDGE