**THE SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4ᵀᴴ FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF PLAINTIFFS MICHAEL TOSCHI AND TRACY TOSCHI**<br><br>[Civ. L.R. 3-16] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES    1    U.S. DISTRICT COURT CASE NO. C-07-3625 MMC

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
2  the named parties, there is no interest as described in Rule 3-16(b)(1) to report.
3  Dated: October 26, 2007

MOSLEY & GEARINGER LLP

By: _____ /s/ Brian Gearinger
BRIAN GEARINGER
Attorneys for Plaintiffs MICHAEL TOSCHI and
TRACY TOSCHI

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES    2    U.S. DISTRICT COURT CASE NO. C-07-3625 MMC