**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

Date: OCT 2 6 2007

E-Filing

C-07-3625-MMC

Michael Toschi   v.   County of San Mateo

Attorneys:   Brian Gearinger     Lisa Cummins
                                 Raymond Swope

Deputy Clerk: **TRACY LUCERO**     Reporter: Not Reported

**PROCEEDINGS:**                                **RULING:**

1. ___
2. ___
3. ___
4. ___

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 8/1/08.
Meet & Confer by 4/15/08. Joint Statement due by 4/18/08.

(✓) ORDER TO BE PREPARED BY:   Plntf___   Deft___   Court ✓

( ) Referred to Magistrate For: ___
    ( ) By Court
(✓) CASE CONTINUED TO  4/25/08 @ 10:30  for  Further Status Conference
Discovery Cut-Off  5/23/08                Expert Discovery Cut-Off  7/18/08
π/Δ                                        π/Δ  Rebuttal
Plntf to Name Experts by  6/13/08         Deft to Name Experts by  6/27/08

P/T Conference Date 10/21/08 @ 3:00  Trial Date 11/3/08 @ 9:00  Set for 10 days
                                    Type of Trial: (✓)Jury   ( )Court
Notes: Parties agreed to private mediation