**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**NOTICE OF MOTION FOR INJUNCTIVE RELIEF OF PLAINTIFFS MICHAEL TOSCHI AND TRACY TOSCHI AGAINST DEFENDANT COUNTY OF SAN MATEO**<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br><br>The Honorable Maxine M. Chesney, presiding<br><br>Date Action Filed:  July 13, 2007<br>Trial Date:  **November 3, 2008** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that on Friday, January 4, 2008, at 9:00 a.m. in Courtroom 7, 19th Floor of the United States District Court for the Northern District of California, plaintiffs Michael Toschi and Tracy Toschi ("Plaintiffs") will bring a motion for injunctive relief against

defendant County of San Mateo (the "County"). Specifically, Plaintiffs seek a judicial determination that the County's asphalt swale directed storm water runoff onto Plaintiffs' property and thereby damaged Plaintiffs' property. Plaintiffs further seek a judicial determination that the County must remove or redesign its asphalt swale in order to prevent further damage to Plaintiffs' property.

This motion will be based upon this Notice of Motion, the Toschis' Brief in Support of Motion for Preliminary Injunction, the declarations of Plaintiff Michael Toschi, Tom Linebarger, Lilya Vorobey, Age Lyssand, Jack Purcell, Grace Whipps and Bruce Matheson in support of the Toschis' Motion for a Preliminary Injunction, the papers and records on file in this action, and on evidence and oral argument as may be presented at the hearing of this motion.

Dated: November 30, 2007

MOSLEY & GEARINGER LLP


By: _____/s/ Brian Gearinger_____
BRIAN GEARINGER
Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI