1
2
3
4
5

**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

6
7
8
9

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

10
11

MARK L. MOSLEY   (State Bar #136449)
BRIAN GEARINGER (State Bar #146125)
STEPHEN F. HENRY (State Bar #142336)

12

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-3625 MMC<br><br>**DECLARATION OF BRUCE MATHESON, P.E. IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**<br><br>**Date: January 4, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor** |
|---|---|

Declaration of Bruce Matheson, P.E.                      1                      U.S. DISTRICT COURT CASE NO. C 07-3625 MMC

I, BRUCE MATHESON, have personal knowledge of the following and, if so called up, would and could competently testify as to the following:

1. In October 2006, I was asked by Michael Toschi to conduct a visual inspection of his property located at 2511 Park Road, Redwood City, California regarding reported water runoff from the street onto the upper section of his property. On October 27, 2006, I conducted a visual inspection by walking through his property. Following that inspection I prepared a written report dated October 30, 2006. A true and correct copy of this report is attached hereto as **Exhibit A** and incorporated herein by reference.

2. In December 2006, I was again contacted by Michael Toschi who requested that I re-inspect the runoff problem on Park Road which runs along the upslope side of his property. I visited the site on December 13, 2006. At that time I observed that an asphalt swale had recently been constructed along the edge of the road. This swale ended approximately five feet from the property line and, as a result, the collected water in this swale was now directly discharged onto Mr. Toschi's property. When I inspected this site in October 2006, the area along the side of the road was maintained so that runoff would continue further down the street where it could discharge into an existing County maintained covert.

3. It is my opinion the newly installed asphalt swale is incomplete and should be extended to the property line to eliminate the gap. If this is not done, it could result in undercutting the roadbed, the lose of more Heritage Oak trees, as well as land sliding on the Toschi property, and present a serious safety hazard to the Toschis and their neighbors. As a result of my December 13, 2006 re-inspection I prepared a re-inspection report dated December 14, 2006. A true and correct copy is attached hereto as **Exhibit B** and incorporated herein by reference.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this declaration was executed on November 27, 2007 at
3  Woodside, California.

_____
Bruce Matheson, P.E.

Declaration of Bruce Matheson, P.E.        3        U.S. DISTRICT COURT CASE NO. C 07-3625 MMC

# EXHIBIT A

# FOUNDATIONS TECHNOLOGIES, INC.

October 30, 2006

Mr. Michael Toschi
2511 Park Road
Redwood City, CA 94062

    Fax:

    **Re: Inspection Report on Runoff from Park Road**
    **2511 Park Road**
    **San Mateo County, CA**

Dear Mr. Toschi:

As requested, we have made a visual inspection at the above referenced property in regards to reported water runoff from the street onto the upper section of your property. Our inspection was made on: Friday, October 27, at 3:30 pm. At that time, you walked us through your property and pointed out your concerns regarding this runoff from the street above, and the subsequent impact to your property.

At that time, we noted the following:

- Along the upslope side of your property, Park Road (the street) is severely crowned near its center such that runoff from the street is directed onto your property. It was apparent that originally, the street was pitched toward the inboard edge, or the side away from your property, as the existing drainage facilities are located on that side of the street. It appeared that through the years, the street has settled on the downslope side such that it no longer slopes inboard.

- There were obvious signs of distress and instability on the slope on your property below this section of the street. We noted active downslope creep as well as leaning Oak trees. You pointed out the stump of a large Oak which had fallen last winter.

- There were signs of erosion at the base of the slope, in your backyard. There was a sinkhole noted at this location. There were signs of significant runoff into the backyard area.

- To mitigate the problem of the runoff, you have recently constructed a shallow swale and berm along your side of the street. This prevents runoff onto your property and directs the flow to its previous destination further down the street where it discharges into an existing County maintained culvert.

- We understand that the County of San Mateo, Public Works Department, has requested that you remove this swale and berm in response to a complaint from the neighbor on the opposite side of the street.

P.O. Box 620401 ◇ Woodside, CA 94062
FAX 650-851-3698 ◇ (650) 851-3697

FOUNDATION
TECHNOLOGIES, INC.

10/30/06
page 2

### DISCUSSION / CONCLUSION

It is our opinion, based on our visual observations, that it would be imprudent to remove the swale and berm constructed by you, unless the County is prepared to construct a more permanent asphalt or concrete lined swale. Removal of the existing could, and probably would, create further instability on the upper slope of your property. This could result in, undercutting of the roadbed, the loss of more heritage Oak trees, as well as landsliding on your property, and present a serious safety hazard to you and your neighbor.

### LIMITATIONS

Our services consist of professional opinion, conclusions, and recommendations, based on visual observations only. These are made in accordance with generally accepted engineering practice. THIS REPORT SHOULD NOT BE CONSTRUED AS A GUARANTEE FOR FUTURE PERFORMANCE, EITHER WRITTEN OR IMPLIED.

It has been a pleasure to be of service to you on this project. If you should have further questions regarding this report, please do not hesitate to call.

Very truly yours,
FOUNDATION TECHNOLOGIES, INC.
A California Corporation

Bruce Matheson, P.E.
President

P O Box 620401  ⋄  Woodside, CA 94062
FAX 650 851-3693  ⋄  (650) 851-3697

# EXHIBIT B

FOUNDATION
TECHNOLOGIES, INC.

December 14, 2006

Mr. Michael Toschi
2511 Park Road
Redwood City, CA 94062

Fax:

Re: Re-Inspection Report
2511 Park Road
San Mateo County, CA

Dear Mr. Toschi:

As requested, we have re-inspected the runoff problem on Park Road, which runs along the upslope side of your residence. We had previously issued a letter report outlining our findings. Since that time, we understand that the County of San Mateo Public Works Department has made certain repairs to the road. We were asked to inspect these repairs and issue an opinion on their effectiveness.

Pursuant to that request, we visited the site on Wednesday, December 13. At that time, we noted the following:

- An asphalt swale has recently been constructed along the edge of the roadway, for approx. 40 ft. However, this swale ends approx. 5 ft. from the downslope property line and as a result, the collected water in the swale is now directly discharged onto your property and rear slope. Runoff does not flow to its previous destination further down the street where it could discharge into an existing County maintained culvert.

CONCLUSION

It is our opinion, based on our most recent observations, that the newly installed asphalt swale is incomplete and should be extended to the property line to eliminate the gap. If this is not done, it could result in undercutting of the roadbed, the loss of more heritage Oak trees, as well as landsliding on your property, and present a serious safety hazard to you and your neighbor.

LIMITATIONS

Our services consist of professional opinion, conclusions, and recommendations, based on visual observations only. These are made in accordance with generally accepted engineering practice. THIS REPORT SHOULD NOT BE CONSTRUED AS A GUARANTEE FOR FUTURE PERFORMANCE, EITHER WRITTEN OR IMPLIED.

FOUNDATION
TECHNOLOGIES, INC.

12/19/06
page 2

It has been a pleasure to be of service to you on this project. If you should have further questions regarding this report, please do not hesitate to call.

Very truly yours,
FOUNDATION TECHNOLOGIES, INC.
A California Corporation

Bruce Matheson, P.E.
President