|   |   |
|---|---|
| 1 | **SCOTT LAW FIRM** |
| 2 | 1375 Sutter Street, Suite 222 |
|   | SAN FRANCISCO, CALIFORNIA |
| 3 | 94109-7837 |
|   | (415) 561-9601 |
| 4 |   |
|   | JOHN HOUSTON SCOTT (State Bar #72578) |
| 5 | LIZABETH N. de VRIES (State Bar #227215) |

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

MARK L. MOSLEY   (State Bar #136449)
BRIAN GEARINGER (State Bar #146125)
STEPHEN F. HENRY (State Bar #142336)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL TOSCHI, and TRACY TOSCHI, | Case No. C 07-3625 MMC |
|---|---|
| Plaintiffs, | **DECLARATION OF ÅGE LYSSAND IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF** |
| vs. |  |
| COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive, | Date: January 4, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor |
| Defendants. |  |

Declaration of Åge Lyssand             1         U.S. DISTRICT COURT CASE NO. C 07-3625 MMC

I, ÅGE LYSSAND, have personal knowledge of the following and, if so called up, would and could competently testify as to the following:

1. I reside at 639 Park Road in Redwood City, California and am familiar with the portion of Park Road that semi-circles the property of my neighbors, Michael and Tracy Toschi. Historically rain/ surface water would flow down Park Road, parallel to the Toschi's property, to a catch basin in the road at the corner of Park Road and Woodland Place.

2. Approximately one year ago I noticed that a crude asphalt swale was constructed along the Toschi's property line that was designed to divert water run-off from Park Road onto the Toschi's property rather than continuing down Park Road to a County catch basin.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 22, 2007 at Redwood City, California.

_____
Åge Lyssand

11/22/07