**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ASPHALT SWALE IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF AGAINST DEFENDANT COUNTY OF SAN MATEO**<br>[F.R.E. 201]<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>Judge: The Honorable Maxine M. Chesney, presiding<br><br>Date Action Filed: July 13, 2007<br>Trial Date: **November 3, 2008** |

The motion for injunctive relief of plaintiffs Michael and Tracy Toschi ("Plaintiffs") involves the sole issue of the construction of an asphalt swale along Park Road (in unincorporated Redwood City) on or about December 7, 2006 by defendant County of San Mateo (the "County"). The swale boarders Plaintiffs' property where Plaintiffs' reside.

By this request for judicial notice, Plaintiffs simply request that prior to the hearing of the motion this Court conduct its own site inspection of the property and the asphalt swale constructed by the County. Federal Rule of Evidence 201(b) provides in pertinent part: "A judicially noticed fact must be one not subject to reasonable dispute in that it is either ... or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Rather than rely solely on declarations and photographs and reports submitted with declarations, Plaintiffs suggest that this Court will obtain a much better understanding of the asphalt swale and its impact on Plaintiffs' property by conducting a site inspection.

If this court determines that Federal Rule of Evidence 201(b) is not the appropriate procedural device for Plaintiffs' request, then Plaintiffs request that this Court exercise its broad discretion and *sua sponte* order a site inspection. Plaintiffs' suggest that if this Court orders a site inspection, then the site inspection should be limited to this Court and counsel only (and a court reporter, if necessary).

Dated: November 30, 2007

                        MOSLEY & GEARINGER LLP


                        By:_____ /s/ Brian Gearinger
                        BRIAN GEARINGER
                        Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI