**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    MICHAEL TOSCHI, et al.,                        No. C-07-3625 MMC

11              Plaintiffs,                 **ORDER DIRECTING PLAINTIFFS TO
                                            LODGE CHAMBERS COPIES IN**
12       v.                                 **COMPLIANCE WITH GENERAL
                                            ORDER 45 AND THE COURT'S**
13    COUNTY OF SAN MATEO, et al.,           **STANDING ORDERS**

14              Defendants.

15    _____/

16

17        On November 30, 2007, plaintiffs electronically filed a motion for injunctive relief,

18    seven declarations in support of said motion, and a request for judicial notice.  Plaintiffs

19    have violated General Order 45 and the Court's standing orders, however, by failing to

20    deliver to the Clerk's Office "no later than noon on the business day following the day that

21    the papers are filed electronically, one paper copy of each document that is filed

22    electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name,

23    case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also

24    Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

25        Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's

26    standing orders by immediately submitting a chambers copy of the above-referenced

27    documents.  Plaintiffs are hereby advised that if they fail in the future to comply with the

28    Court's order to provide chambers copies of electronically-filed documents, the Court may

      impose sanctions, including, but not limited to, striking from the record any electronically-

1   filed document of which a chambers copy has not been timely provided to the Court.

2

3        **IT IS SO ORDERED.**

4   Dated: December 5, 2007                                MAXINE M. CHESNEY
                                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28