MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile: (650) 363-4034
E-mail: rswope@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, NEIL CULLEN,
BRIAN LEE, and DAVID WEIDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, AND TRACY TOSCHI<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**DECLARATION OF JAMES PORTER IN SUPPORT OF COUNTY OF SAN MATEO'S OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 7, 19th Floor |

I, James Porter, declare as follows:

1. I am the Director of the Department of Public Works for the COUNTY OF SAN MATEO. I have personal knowledge of the following facts, and if called as a witness, I would and could competently testify thereto.

2. I have been employed by the County of San Mateo Department of Public Works since April of 2007. As the Director of Public Works, I am a licensed civil engineer and I am also the custodian of records for the department, particularly for the executive offices of the Director.

3. Unlike some incorporated cities with municipal storm drain systems or drainage districts, with similar improved drainage facilities, the County does not have such a system in the Emerald Hills region. The County's function in unincorporated areas is merely to facilitate the flow of water along

natural drainage courses and to facilitate drainage of storm water runoff off of or across County maintained roadways. Before any drainage course is altered within a region with a hilly topography such as that in the Emerald Hills region, the County Department of Public Works must consider the impact of such an alteration or remedy upon the public - all neighboring residences within the region. A single remedial alteration for one property owner may negatively affect other landowners downhill.

4.  On August 23, 2006, the San Mateo County Department of Public Works ("DPW") issued an encroachment permit to plaintiffs for the removal of a dead and fallen oak tree, filling of the hole from where the tree was removed, removal of the soil and concrete berm, and planting of bushes. (A true and correct copy of the Encroachment Permit is attached hereto and incorporated herein by reference as Exhibit F.) The permit expired on September 15, 2006. On or about September 24, 2006, plaintiffs began planting bushes on top of the existing dirt berm. Toschi was working on an expired permit, and no extension of this permit was ever granted by the county

5.  On October 24, 2006, a Notice to Remove Encroachment dated October 20, 2006 was served on plaintiffs, which required the removal of the concrete and dirt berm and plantings from the county right-of-way. The notice stated that the concrete and dirt berm was placed "without permit; and landscaping planted after expiration of the permit and planted beyond the limits allowed by the permit." (A true and correct copy of the Notice dated October 20, 2006 is attached hereto and incorporated herein by reference as Exhibit G.) The Notice to Remove Encroachment also advised plaintiffs that the County would pursue the recovery of all costs associated with the removal of the encroaching berm, and penalties of $350.00 each day the encroachment remained in place. Given that the Toschis violated the ordinance for forty days, plaintiffs are liable for $15,853.24 fine, including $1,853.24 in labor costs associated with the removal of the berm and shrubs. This penalty remains unpaid.

6.  On December 4, 2006, the County Department of Public Works removed the plants and the soil and concrete berm from the public right-of-way adjacent to plaintiffs' parcel, backfilled the planting holes, and placed asphalt concrete pavement in the existing drainage swale which appears to be the subject of the plaintiffs' motion. The constructed asphalt swale left an approximate four foot gap adjacent to the edge of plaintiffs' property line and that of 607 Park Road. This gap was maintained to replicate the condition of the swale that existed prior to plaintiffs' construction of the non-permitted berm

and was left in place to accommodate the historic flow of surface water downhill to plaintiffs' property.

7.  After the new swale was constructed, the Department of Public Works also advised plaintiffs that the drainage swale would not eliminate the storm water runoff onto plaintiffs' property, and further advised that the runoff would likely continue its historic drainage pattern. This pattern includes the drainage of surface water across Park Road, down the slope to plaintiffs' creek bed, a natural watercourse.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of December, 2007 at Redwood City, California.

_____
JAMES PORTER, P.E.

L:\LITIGATE\T_CASES\Toschi\Pleadings\Declaration of James Porter.doc

Exhibit F

CASE # 06-SS 76

## DEPARTMENT OF PUBLIC WORKS



Road Operations - Permits
455 County Center, 2/Fl.
Redwood City, CA 94063
(650) 363-1822

NEIL R. CULLEN
Director of Public Works

**FOR OFFICE USE ONLY**

Date Completed: _____

By: _____

# ENCROACHMENT PERMIT

Permittee Name: __Michael Toschi__

Address: __2511 Park Road__

City, State Zip: __Redwood City, CA 94062__

Area Code & Phone No.: __(650) 367-9025__

Date: __08-23-06__

As requested by the above addressee, hereinafter known as the "PERMITTEE," the County of San Mateo, hereinafter known as the County, HEREBY GRANTS AN ENCROACHMENT PERMIT TO:

**Project Description:** Remove soil and concrete material bermed at top of slope to location outside the road right of way; remove dead and fallen oak tree at property line; fill hole resulting from tree removal with native soil; plant creeping daisy and English laurel behind line of existing trees as shown on attached drawing. Notify Inspector prior to starting work.

**Project Location:** 2511 Park Road, Redwood City, CA

The work authorized by this Permit, hereinafter known as the "ENCROACHMENT," shall be subject to all the terms, conditions, and restrictions set forth herein. This permit consists of the Special Provisions attached and made a part hereof and the Drawings referenced above. The project, as specifically described, is to be strictly construed and no other activity shall be permitted. **Notify County Road Inspector 48 hrs prior to starting work.**

The Permittee and/or his contractor shall indemnify and save harmless the County, its officers, agents, employees and servants from all claims, suits or actions of every name, kind and description, brought for, or on account of, injuries to or death of any person or damage to property of any kind whatsoever and to whomever belonging, including but not limited to the concurrent active or passive negligence of the County, officers, agents, or employees and servants, resulting from the performance of any work authorized or required by this Permit of Permittee and/or his contractor, their officers, agents, employees and/or servants, provided that this shall not apply to injuries or damage for which County has been found in a court of competent jurisdiction to be solely liable by reason of its own negligence or willful misconduct.

The duty of Permittee to indemnify and save harmless as set forth herein, shall include the duty to defend as set forth in Section 2778 of the California Civil Code.

A SURETY DEPOSIT OF $ __-0-__ or INSPECTION DEPOSIT OF $ __-0-__, and INSURANCE for P/L of $ __Legal Min.__ and P/D of $ __Legal Min.__ IS A CONDITION OF THIS PERMIT.

THIS PERMIT IS VALID FOR THE PERIOD __8-24-2006__ to __9-15-2006__

"USA" Inquiry (Applicant Complete):

_____ Date   _____ Number

Encl: Permittee Request/Sketch __Yes__    Special Provisions __Yes__

Neil R. Cullen
Director of Public Works

Lisa A. Ekers
Road Operations Manager

044
COUNTY OF SAN MATEO

CONTACT ROAD DIVISION INSPECTOR 48 HRS, Mark Marelich at (650) 599-7273 TO SCHEDULE INSPECTION

# Exhibit G

Department of Public Works



BOARD OF SUPERVISORS
MARK CHURCH
RICHARD S. GORDON
JERRY HILL
ROSE JACOBS GIBSON
ADRIENNE TISSIER

NEIL R. CULLEN
DIRECTOR

# COUNTY OF SAN MATEO

555 COUNTY CENTER, 5TH FLOOR • REDWOOD CITY • CALIFORNIA 94063-1665 • PHONE (650) 363-4100 • FAX (650) 361-8220

## NOTICE TO REMOVE ENCROACHMENT
(California Streets & Highways Code §§ 1480 et seq.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To:      Michael Toschi and Tracy Toschi, Trustees, Toschi Family Trust

Address: 2511 Park Road
         Redwood City, CA 94062

Please take notice that you are required to remove the following encroachment from the County right-of-way within ten (10) days of service of this notice on you pursuant to Section 1485 of the State of California Streets and Highways Code. If you do not remove it, the County of San Mateo will remove it or cause it to be removed, and the County may pursue the recovery of all costs associated with the removal of said encroachment including penalties of $350 for each day the encroachment continues unremoved after the posting or service of this notice.

The encroachment consists of a concrete and dirt berm and plantings that remain in the right-of-way after the expiration of the encroachment permit for which you applied on August 13, 2006, and which permit was issued on August 15, 2006, and which expired on September 15, 2006.

The place of the encroachment is in the Public Right-of-Way along the southwesterly property line of Lots 3 and 4 of Emerald Lake Park No. 3, which, together with Lot 5 comprise Assessor's Parcel No. 057-163-200 and are commonly known as 2511 Park Road, Redwood City, California, said line bearing South 84 degrees 33 minutes East.

The breadth of the highway at such place of encroachment is forty feet (40').

The nature and extent of the encroachment are a soil and broken concrete berm approximately ninety feet (90') in length placed without permit; and landscaping planted after expiration of the permit and planted beyond the limits allowed by the permit.

Dated:   October 20, 2006

Signed:  *[signature]*

Neil R. Cullen

091
COUNTY OF SAN MATEO

PROOF OF PERSONAL SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On October 24, 2006, at 7:45 p.m., I served the following document(s):

**NOTICE TO REMOVE ENCROACHMENT**
(California Streets & Highways Code §§ 1480 et seq.)

by personal service to the addressee shown below

Michael Toschi
2511 Park Road
Redwood City, CA 94062

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of October, 2006, in Redwood City, California.

_____
JOEY MOSS

L:\CLIENT\P_DEPTS\PUBWORKS\2006\Proof of Service toschi.doc

**092**
COUNTY OF SAN MATEO