MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile: (650) 363-4034
E-mail: rswope@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, NEIL CULLEN, BRIAN LEE, and DAVID WEIDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TOSCHI, AND TRACY TOSCHI

Plaintiffs,

vs.

COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive

Defendants.

Case No. C-07-3625 MMC

**DECLARATION OF ROGER G. FRY IN SUPPORT OF COUNTY OF SAN MATEO'S OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**

**Date: January 4, 2007**
**Time: 9:00 a.m.**
**Place: Courtroom 7, 19th Floor**

I, Roger G. Fry, declare as follows:

1. I am a Professional Engineer with over 40 years of experience in all aspects of drainage, stormwater management, and flood control projects. I have personal knowledge of the following facts, and if called as a witness, I would and could competently testify thereto.

2. On December 12, 2007, I made a site inspection of most of the Emerald Lake Hills area of Park Road and Woodland Place in unincorporated Redwood City. I have reviewed and inspected the area of Emerald Lake Hills which is the subject of this lawsuit, including property of plaintiffs Michael Toschi and Tracy Toschi's situated at 2511 Park Road. Specifically, my inspection covered most of the area shown on Figure 1. (See Exhibit "1" attached hereto) Along Park Road, I observed the existing storm drainage system along the reach of Park Road shown on Figure 2. (See Exhibit 2 attached hereto)

3. Emerald Lake Hills is a very hilly region of San Mateo County. The Dallimonti residence at 606 Park Road is sixty to eighty feet upslope from plaintiffs' residence. Plaintiffs Michael and Tracy Toschi live across and on the opposite side of Park Road, north and downslope from the residence situated at 606 Park Road. Having inspected the topography of the area, along with topographical maps, I have determined that plaintiffs reside in a very low-lying gully, which lends itself to the possibility of flooding with heavy rains.

4. Historically, the excess rainwater/stormwater runoff flows downhill from the peak of the hill beyond (farther south of) the Dallimonti residence, and flows across plaintiffs' property falling toward the creek at the bottom of the gully. In addition, stormwater collects on both sides of Park Road, and drains into a catch basin at the intersection of Park Road and Woodland Place near 603 Park Road.

5. The only topographic data for Park road are the 20 foot contours shown on Figure 2. (See Exhibit "2" attached hereto.) Therefore, I made measurements of the slope of Park Road using a 3 foot long builder's level and tape. Based upon my measurements, I determined that the directions of flow will be as shown by the arrows on Figure 2. (See Exhibit "2" attached hereto.)

6. There is no crown on the Park Road paved roadway from approximately Point A to Point B. At Point B there is the beginning of a crown in the roadway, and some runoff will flow south and some will flow and some will flow north as shown on Figure 2. (See Exhibit "2" attached hereto.)

7. On the south side of Park Road there is an open ditch and at the driveways for Lots 606 and 604 there are pipe culverts. On the north side of Park Road there is a small discontinuous swale. During periods of runoff, this swale will convey some flow westerly with the majority flowing over the side of the roadway and down the approximate 30 percent slope to the creek.

8. I was informed by Mike Marelich, San Mateo County Construction Inspector, that the alignment, slope and surface of Park Road have not been changed since it was first paved many years ago. Mr. Marelich said the only improvement has been the repair of small cracks in the roadway. Therefore, the existing directions of flow are the same as they were many years ago.

9. On December 13, 2007, made a preliminary hydrologic analysis of the watershed draining to Park Road. The analysis was based on the contours shown on Figure 3 (See Exhibit 3 attached hereto), a portion of the USGS Woodside Quad Map. The 10-year peak flow was calculated to be approximately

4 cubic feet per second. This flow will follow the arrows on Figure 2 (See Exhibit "2"), which shows that runoff will flow over the edge of Park Road at 2511 and downhill to the creek. Flow in the creek will be easterly toward Lower Emerald Lake.

10. If runoff reaching Park Road at Lot 2511 was diverted downhill along the north side of Park Road, neither the swale along the front of Lot 607 nor the inlet at the corner of Lot 603 would have the capacity to convey the 10-year flow of approximately 4 cfs. A diversion of this type would probably result in some runoff entering Lot 607 and some runoff ponding at the inlet at the corner of Lot 603.

11. My professional opinions are based upon generally accepted principles and practice of civil engineering. However, because of limited survey data, I cannot guarantee that during periods of rainfall all runoff will follow the arrows shown on Figure 2. (See Exhibit "2. ")

□ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of December, 2007 at Walnut Creek, California.

Roger G. Fry

ROGER G. FRY, P.E.

C:\Documents and Settings\fryrg\Local Settings\Temporary Internet Files\OLK39\Declaration of Roger Fry (2).doc

# Exhibit 1




## Emerald Lake Hills
## Area of Park Road and Woodland Place

This is not a survey product. The information is derived from the San Mateo County GIS Databases, which databases are frequently updated or changed. County does not assume any liability for damages arising from errors, omissions, or use of this information. Users of this data are advised to be aware of the locational accuracy, compilation dates, compilation methods, and cartographic format. Users are advised to use this data appropriately.

**Figure 1**

# Exhibit 2


603
607
2511
627
north
PARK RD
Point B
Point A
2531
LEGEND
Ditch or Swale
Culvert
Overland Flow Path
Scale: 1"= 50 feet

Figure 2

# Exhibit 3


north
Lower
Emerald Lake
Park Road
Boundary of Watershed
Tributary to Park Road
Water
Water
AVE

Figure 3