**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL TOSCHI IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**<br><br>Date:  January 4, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>Judge: The Honorable Maxine M. Chesney, presiding<br><br>Date Action Filed:  July 13, 2007<br>Trial Date:  November 3, 2008 |

I, MICHAEL TOSCHI, have personal knowledge of the following and, if so called up, would and could competently testify as to the following:

1. I have read the Declaration of Mark Marelich. He has neglected to mention events that occurred between August 23, 2006 (when I obtained a permit from the County to do erosion mediation) and December 4, 2006 (when he removed the plants and constructed an asphalt swale directing runoff water onto my property).

2. On September 16, 2006, I made a formal citizens complaint with the County Sheriff's Department against Don Dallimonti regarding numerous threats and aggressive behavior.

3. On the afternoon of September 24, 2006, the Dallimontis caused San Mateo County Deputy Sheriff David Weidner to approach me and demand that I produce a permit for the work being done on my property. I was unable to locate the permit at my home and explained to him that it was at my office. I was about to leave with my wife to attend a wedding. I was then detained by Deputy Weidner and taken by him in his patrol car to my office so that I would produce the permit. As a result my wife and I missed the wedding. Shortly thereafter, I made a formal complaint with the County Sheriff's Department

4. On September 27, 2006, I filed papers with the San Mateo County Superior Court requesting a Restraining Order to Stop Harassment from Don and Rhonda Dallimonti. A true and correct copy of this Request is attached hereto as **Exhibit A**.

5. On September 28, 2006, I was interviewed by Lt. Alcantara and Sgt. Rodriguez at my home regarding my citizen's complaint against Don Dallimonti.

SUPPLEMENTAL DECLARATION OF MICHAEL TOSHI IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF   1   U.S. DISTRICT COURT CASE NO. C-07-3625 MMC

6. On October 10, 2006, the Superior Court issued a Restraining Order to Stop Harassment against Don and Rhonda Dallimonti. A true and correct copy of this Order is attached hereto as **Exhibit B**.

7. On October 20, 2006, I received notice from Neil Cullen to remove the English Laurel I planted on my property, at significant expense, consistent with the permit. I believe this was done because of my complaints about Don and Rhonda Dallimonti.

8. Mr. Dallimonti is a County employee. He and his wife were in constant communication with members of the Department of Public Works during this time. Attached as **Exhibit C** is a true and correct copy of a chronological "Summary" prepared by Rhonda Dallimonti showing her contact with the Dept. of Public Works and other County officials between September 24, 2006 and December 4, 2006. This was produced as part of the Dallimonti's Rule 26 Disclosure. It is clear to me that the Dallimontis influenced the December 4, 2006, construction of the asphalt swale directing water on to my property.

9. On Tuesday, December 18, 2007, I prepared a video showing the flow of water down Park Road when it was raining. A true and correct copy of this video is on a DVD which is attached hereto as **Exhibit D**. The video first shows the flow of water on to my property caused by the diversion created by the County on or about December 4, 2006.

10. The second part of the video demonstrates, using sandbags, the original and historical path of the run off water as it makes its way down Park Road to the catch basin which feeds into the creek below. It was not until the construction of the asphalt swale by the County in December 2006 that run off water was directed on to my property instead of continuing down Park Road as shown in this video.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this declaration was executed on December 21, 2007 at
3  New York, New York.

                                            _____
                                                    Michael Toschi