# EXHIBIT A

**CH-100** Request for Orders to Stop Harassment

*Clerk stamps date here when form is filed.*

**FILED
SAN MATEO COUNTY
SEP 27 2006
Clerk of the Superior Court
By _____ DEPUTY CLERK**

**(1) Your name** (person asking for protection):
Michael & Tracy Toschi & Family

**Your address** (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):
2511 Park Road
City: Emerald Hills    State: CA    Zip: 94062

**Your telephone number** (optional): (650) 367-9025

**Your lawyer** (if you have one): (Name, address, telephone number, and State Bar number):
_____

*Fill in court name and street address:*

**Superior Court of California, County of SAN MATEO

400 COUNTY CENTER
REDWOOD CITY, CA 94063**

**(2) Name of person you want protection from:**
Don & Rhonda Dallimonti

Describe the person: Sex: ☒M ☒F  Weight: 205 / 200
Height: 6'2" / 5'6"   Race: WHT   Hair Color: BRN/GREY
Eye Color: BRN   Age: 45 ?   Date of Birth: ?

Home Address (if you know): 606 Park Road
City: Emerald Hills    State: CA   Zip: 94062
Work Address (if you know): SM County Building / Sheriff's Office
City: Redwood City    State: CA   Zip: 94063

*Court fills in case number when form is filed.*
**Case Number: CIV 457966**

**(3) Besides you, who needs protection?** (Family or household members)

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Tracy Toschi | F | 43 | ☐Yes ☐No | |
| Gianna Toschi | F | 4 | ☐Yes ☐No | |
| | | | ☐Yes ☐No | |
| | | | ☐Yes ☐No | |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

**(4) Why are you filing in this court?** (Check all that apply):
☒ The person in ② lives in this county.
☒ I was hurt (physically or emotionally) by the person in ② here.
☒ Other (specify): Continued harassment even after Internal Affairs ordered him to cease contact with us and violent threats to our family

**(5) How do you know the person in ②?** (Describe):
Neighbor

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 1 of 4 →

American LegalNet, Inc.
www.USCourtForms.com

| Your name: MICHAEL + TRACY TOSCHI | Case Number: |
|---|---|

**6** Describe how the person in ② has harassed you:

a. Date of most recent harassment: 14 AUG 2006 AND 24 SEPT 2006

b. Who was there? TRACY + GIANNA TOSCHI, MICHAEL TOSCHI, PETE PEARSON, BRIAN DUBOIS,

c. Did the person in ② commit any acts of violence or threaten to commit any acts of violence against you?
☑ Yes ☐ No

If yes, describe those acts or threats: THREATON ED POWER OF A SHERIFF, VIOLENT ACTIONS / BODY LANGUAGE, PHYCOLOGICALLY UNSTABLE, ACCOSTED WORD INTIMIDATED FAMILY MEMBERS AND FRIENDS, PLEASE SEE ATTACHED EX11

d. Did the person in ② engage in a course of conduct that harassed you and caused substantial emotional distress? ☑ Yes ☐ No

If yes, describe: DETAINED US, MISSED A WEDDING, EXTREME VERBAL ASSAULT DEMANDED + COMMANDED TRACY TO GET ON THE GROUND TO PERFORM A TASK ETC. CANT SLEEP / MISSED WORK / MISSED SOCIAL FUNCTIONS

e. Did the conduct of the person in ② described above seriously alarm, annoy, or harass you? ☑ Yes ☐ No   SEE EXIT A

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe Harassment" at the top of the page.

**Check the orders you want** ☑

**7** ☐ **Personal Conduct Order**

I ask the court to order the person in ② to NOT do the following things to me or anyone listed in ③:

a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.

**8** ☑ **Stay-Away Order**

I ask the court to order the person in ② to stay at least (specify): _____ yards away from me and the people listed in ③ and the places listed below: (Check all that apply):

a. ☑ My home              d. ☑ My vehicle
b. ☑ My job or workplace  e. ☑ Other (specify): PUBLIC PLACES
c. ☑ My children's school or child care

If the court orders the person in ② to stay away from all the places listed above, will that person still be able to get to his or her home, school, or job? ☑ Yes ☐ No

If no, explain: _____

**9** ☐ **Others to Be Protected**

Should the other people listed in ③ also be covered by the orders described above?
☑ Yes ☐ No ☐ Does not apply

If yes, explain: ALL FAMILY MEMBERS, FRIENDS AND NIEBORS

**This is not a Court Order.**

Case Number:

Your name: _____

**⑩ Order About Guns or Other Firearms** ✓ ~~YES~~ (circled)

I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms and to sell or turn in any guns or firearms that he or she controls.

**⑪ ☐ Other Orders**

I ask the court to order the person in ② to (specify): __BE PHYCOLOGICALLY EVALUATED__

**⑫ ☐ Temporary Orders**

Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes  ☐ No

If yes, explain why you need these orders right now: __FEAR OF REPETIVE AND CONTINUED HARASSMENT / VIOLENCE / ABUSE / THREATS / ASSAULTS__

☑ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.

**⑬ Delivery of Orders to Law Enforcement**

My lawyer or I will give copies of the orders to the following law enforcement agencies:

a. Name of Agency: _____
   Address: _____
   City: _____ State: _____ Zip: _____

b. Name of Agency: _____
   Address: _____
   City: _____ State: _____ Zip: _____

**⑭ ☐ Other Court Cases**

Have you ever asked any court for other restraining orders against the person in ② ? ☐ Yes  ☑ No
If yes, specify the counties and case numbers if you know them: _____

**⑮ ☐ Time for Service**

You must have your papers personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____
_____

**This is not a Court Order.**

Your name: Michael & Tracy Toschi

Case Number:

**(16)** ☑ **No Fee for Filing**
I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☐ **No Fee to Serve Orders**
I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because that person has stalked me or threatened me with sexual assault.

*(To get free service of the court's orders without paying a fee, you must fill out and file the Request and Order for Free Service of Restraining Order (Form CH-101), and if you qualify for a fee waiver, you must also fill out and file the Application for Waiver of Court Fees and Costs (Form 982(a)(17).)*

**(18)** ☑ **Lawyer's Fees and Costs**
I ask the court to order payment of my:
a. ☑ Lawyer's fees
b. ☑ Out-of-pocket expenses
The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.

**(19) Additional Relief**
I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any: _____

Date: _____

_____    ▶ _____
*Attorney's name*                         *Attorney's signature*

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 27 Sept 6

__Michael & Tracy Toschi__    ▶ _[signature]_
*Type or print your name*         *Sign your name*

**This is not a Court Order.**

Revised January 1, 2005

Request for Orders to Stop Harassment
(Civil Harassment)

CH-100, Page 4 of 4

Your name: _____

Case Number: _____

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will ask you for proof that you did so. If you do not obey this Order, you can be charged with a crime.

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.



### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order* (form MC-410). (Civil Code, § 54.8)

*(Clerk will fill out this part)*
—Clerk's Certificate—

*Clerk's Certificate*
*[seal]*

I certify that this *Notice of Hearing and Temporary Restraining Orders* is a true and correct copy of the original on file in the court.

Date: SEP 2 7 2006   Clerk, by _____, Deputy

### This is a Court Order.

Revised January 1, 2005

Notice of Hearing and Temporary Restraining Order (CLETS)
(Civil Harassment)

CH-120, Page 4 of 4