# EXHIBIT B

**CH-140** Restraining Order After Hearing *Ex Parte* to Stop Harassment

① Your name *(person asking for protection)*:
Michael and Tracy Toschi Family

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead)*:
2511 Park Road

City: Emerald Hill   State: CA   Zip: 94062

Your telephone *(optional)*: (415) 271-9025

Your lawyer *(if you have one)*: *(Name, address, telephone number, and State Bar number)*: _____

② Name of person to be restrained:
Don & Rhonda Dallimonti

**Clerk stamps date here when form is filed.**
FILED
SAN MATEO COUNTY
OCT 10 2006
Clerk of the Sup__ Court
By _____

Fill in court name and street address:
Superior Court of California, County of _____

Fill in case number:
**Case Number:**
CIV457966

Description:
Sex: ☑ M  ☐ F   Height: 6'2"   Weight: 200   Race: White
Hair Color: Brown   Eye Color: _____   Age: 45   Date of Birth: _____

③ **Hearing**

There was a hearing: *Ex parte*
on *(date)*: 9/27/06   at *(time)*: _____  ☐ a.m. ☐ p.m.   Dept.: 14   Rm: _____
Hon. Rosemary Pfeiffer
*(Name of judicial officer)* _____ made the orders at the hearing.

These people were at the hearing:
a. ☑ Plaintiff *(the person in ①)*   c. ☐ Plaintiff's lawyer *(name)*: _____
b. ☐ Defendant *(the person in ②)*   d. ☐ Defendant's lawyer *(name)*: _____

④ **This is a Court Order**

You must obey all the orders indicated below. If you do not obey this Order, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

⑤ **Expiration Date**

This Order, except for an award of lawyer's fees, expires at:
*(time)*: _____ ☐ a.m. ☐ p.m. or ☑ midnight on *(date)*: 10/24/06
If no date is present, this Order expires three years from the date of issuance.

---

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**This is a Court Order.**
Restraining Order After Hearing
to Stop Harassment (CLETS)
(Civil Harassment)

CH-140, Page 1 of 3 →

American LegalNet, Inc.
www.USCourtForms.com

Your name: Michael and Tracy Toschi Family

Case Number: CIV457966

**⑥ ☑ Personal Conduct Orders**

You must *not* do the following things to the people listed in ① and ⑪:

a. ☐ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

b. ☑ Contact (directly or indirectly), telephone, send messages, mail or e-mail.

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case does not violate these orders. Contact may be made by county employees from the Public Works Department.

**⑦ ☐ Stay-Away Order**

You must stay at least *(specify)*: ~~10:00 am~~ yards away from:

a. ☑ The person listed in ①
b. ☐ The people listed in ⑪
c. ☑ The home of the persons in ① and ⑪
d. ☐ Jobs or workplaces of the persons in ① and ⑪
e. ☑ Vehicle of person in ①    ☐ Vehicles of persons in ⑪
f. ☐ The protected children's school or child care
g. ☑ Other *(specify)*: Mutual stay-away order both parties must abide by (a), (c) and (e) above

This stay away order does not prevent the person in ② from going to or from that person's home or place of work.

**⑧** ~~No Guns or Other Firearms~~

~~You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.~~ This does not apply.

**⑨** ~~Turn In or Sell Guns or Firearms~~

~~You must:~~

- ~~Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 48 hours of receiving this order. But if you were at a hearing on this order, it must be done within 24 hours of the hearing.~~

- ~~Bring a receipt to the court within 72 hours of receiving this order, to prove that guns have been turned in or sold. (You may use CH-145 for this.)~~ This does not apply.

**⑩ ☑ Other Orders** *(specify)*:

Don Dallimonti, a San Mateo County Sheriff's Sergeant, may own, possess and carry weapons in accordance with State law and Department policy. ~~Until a further hearing on the merits, the stay-away order appearing in #7 above shall apply equally to the Dallimonti and Toschi families.~~

No mutual stay-away ordered without actual notice. KP

**⑪ ☐ Other Protected Persons**

List of the full names of all family and household members protected by these orders:

_____
_____
_____
_____

**This is a Court Order.**

Revised January 1, 2003

**Restraining Order After Hearing To Stop Harassment (CLETS)**
**(Civil Harassment)**

CH-160, Page 2 of 3

| Your name: Michael and Tracy Toschi Family | Case Number: CIV457966 |

## Instructions for the Protected Person

To the person in ① (Write the name of the person in ①): Michael and Tracy Toschi Family

⑫ ☐ **Delivery to Law Enforcement**

If the court issues restraining orders, by the close of business on the date this Order is made, you or your attorney must deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below:

Name of Law Enforcement Agency:
San Mateo County Sheriff's Dept.

Address (City, State, Zip)
Hall of Justice, First Floor
Redwood City, CA

⑬ ☐ **No Fee for Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because the Order is based on stalking or a credible threat of violence resulting from a threat of sexual assault or stalking.

Date: 10/6/04

[signature]
Judicial Officer

### Warnings and Notices to the Restrained Person in ②

This order does not ~~You Cannot Have Guns or Firearms~~
apply
~~You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑨ above. The court will ask you for proof that you did so. If you do not obey this Order, you can be charged with a crime.~~

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an Order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this restraining order are subject to criminal penalties.

*(Clerk will fill out this part)*
### Clerk's Certificate

Clerk's Certificate
[seal]

I certify that this *Restraining Order After Hearing to Stop Harassment (CLETS)* is a true and correct copy of the original on file in the court.

Date: _____ Clerk, by _____, Deputy

### This is a Court Order.