EXHIBIT C

# Daily Notes by: Rhonda Dallmorto

| DATE | DAY | SUMMARY |
|---|---|---|
| **June 2006** Sat. 6/17/06 | | Rhonda & the kids leave for the summer. Don for the weekend. |
| Sun. 6/18/06 (2ft. Berm) | 1 | Don returned home to find a 2ft high and 100 ft long dirt and concrete berm built directly across the street from our residence. |
| Mon. 6/19/06 | 2 | Don phoned Public Works to report the illegal berm. |
| **July 2006** Wed. 7/5/06 (NOTICE) | 18 | Michael Toschi was given a 10 day NOTICE TO REMOVE ENCROACHMENT from Public Works and signed by Mark Marelich, County Inspector. |
| Wed. 7/26/06 (Letter) | 39 | Public Works Final Notice to remove Non-Permitted Encroachment letter given to Michael Toschi, signed by Lisa Ekers, Road Operations Manager. |
| **August 2006** Mon. 8/14/06 (Tracy) | 58 | Rhonda & kids return home from vacation. Nothing had been done to the berm. Don phoned Neil Cullen, Director of Public Works to advise him. As I was unpacking my car, I saw a lady walking with a little girl up our road. When the lady walked back down, I walked down our driveway to introduce myself and ask if she was Mrs. Toschi, Michael Toschi wife. She said yes and told me her name was Tracy and we shook hands. I tried to explain to Tracy the problem I was now going to have with the berm that she and Michael had built across from my driveway. I also tried to explain my concerns with the large jagged pieces of concrete that were sticking out, (safety for children and tire concerns to my vehicle). Don walked down and joined our conversation about 5 min. later. Don was standing on my left and Tracy to my right. Don also expressed to Tracy about the letters, and NOTICE Michael had been served by Public Works to remove the berm. Tracy said she knew nothing about them and that she would talk to Michael. She then excused herself and said she was embarrassed and needed to leave. > |
| (Letter) | 58 | Letter to Michael Toschi from Public Works, signed by Lisa Ekers, Road Operations Manager. Regarding their conversation on August 10th about Michael agreeing to have the berm removed by August 21, 2006, along with some other issues Michael Toschi requesting to plant shrubs behind the tree line. It also outlines how Michael is to proceed such as location of work, type of plants, and schedule work date for the application. |
| Tue. 8/15/06 (LETTER) | 59 | Letter to Don from Neil Cullen, Director of Public Works stating that Michael Toschi agreed to remove the berm by August 21, 2006. |
| Wed. 8/23/06 (Filed for Permit) | 67 | Michael Toschi, given an Encroachment Permit for removal of soil & concrete. Permit is valid from 8/24/06 to 9/15/06 (23 days), signed by Lisa Ekers, Road Operations Manager at Public Works. |
| **September 2006** Sat. 9/16/09 (copy of Complaint) | 91 | Toschi's made a Citizen's Complaint against Don signed by Michael Toschi. |
| Sun. 9/24/06 (Mike/Tracy trees) | 99 | We returned home from being gone for the weekend. When I drove up to my driveway, there was a man planting trees on top of the berm. As I pulled up, I asked him what he was doing. He said that Michael Toschi instructed him to plant the trees here, as he pointed to the berm. As I was unloading my vehicle, I saw Michael Toschi walking up to the man planting he trees. I walked down to them and asked Michael why he was planting trees there. He just ignored me. I spoke again to Michael, asking him why. I said I knew he was allowed to plant trees, but that he had to plant them behind the tree line further down the hill. He again ignored me. |

| DATE | DAY | SUMMARY |
|---|---|---|
| **September 2006**<br>Sun. 9/24/06<br>(N  Tracy trees) | 99 | I then asked him to show me his permit to do the work. He only replied by saying, "stay out of it and that he could do what ever he wanted and that the County never does anything to correct what he does". I told him that was not true and that I would like to see his permit for the work he is doing. He again ignored me and refused to show me his permit. As I walked away, I told him I was phoning the Sheriff's Department and have a Deputy come out and request to see his permit. I went back inside my house to phone Dispatch; the dispatcher that took my call ID'd herself as Heather. I told the dispatcher that I had a civil problem with a neighbor. I told her of the work being done and that the person will not show proof of permit. I gave my name, address, and phone number to the dispatcher, and at no time did I state who my husband was. I stayed in the garage and waited for the deputy to arrive, as I did, Tracy Toschi walked up with her daughter carrying a video camera. When the deputy arrived, he parked his patrol vehicle at the bottom of my driveway. As I walked down to the deputy, Tracy started to video tape me and the deputy. I introduced myself to the deputy and explained about the work Michael Toschi was doing, and that Michael refused to show me a permit. I handed the deputy, (Deputy David Weidner) the letter I received from Lisa Ekers, dated August 14, 2006. I walked back inside my garage as instructed and the deputy walked up to Michael, Tracy, and the hired man.<br><br>The deputy asked to see a permit from Michael. Michael said he had one at home and the deputy asked him to go get it. About 10 minutes later, Michael returns with a letter and shows it to the deputy. The deputy tells Michael that it's the same letter I had just handed him, and that it is not a permit. Michael then tells the deputy that he must have it some place in the house. This time the deputy walks with Michael to his home. Sometime passes and the deputy walks back up to his patrol vehicle and advised me that Michael Toschi stated he has the permit at his place of business in San Carlos. The deputy advised me he was going there to see if he in fact has a permit. When the deputy returns from San Carlos, he advised Don and I that he drove Michael to his business because he jumped into the patrol vehicle saying it would save him time if he drove with the deputy because his wife would pick him up from San Carlos because they had a wedding to go to. The deputy shows us the permit and allows me to make a copy of it. I pointed out to the deputy that the permit had expired on September 15th, 9 days ago, and that the permit was issued for: Removal of sail and concrete material, remove dead and fallen oak tree, fill hole resulting from tree removal, allowing to plant creeping daisy and English laurel behind tree line. Notify Inspector prior to starting work. The deputy said he knew the permit had expired and was writing a civil report on it. He gave me the case number of #06-5576. |
| Mon. 9/25/06<br>(Mr. Cullen's office) | 100 | I went down to see Neil Cullen at his office around 8:15am. I advised him of what transpired on Sunday, September 24th and expressed how difficult it was for me to maneuver my vehicle coming out of my driveway. First I had to deal with the 2 foot high dirt and concrete berm, and now trees planted there was going to shorten my turn even more. Not to mention what the trees were going to do to the roadway when they took root, and how Michael just took away additional feet of parking. I advised Mr. Cullen that Michael had planted 9 trees on Sunday and had more in his driveway to be planted. Mr. Cullen advised me he would look into it and someone would phone me later that day. |
| (Lisa Ekers phoned) | 100 | Lisa Ekers from Public Works phoned me at home around 9:00am and advised me someone would be coming out to take photos of the newly planted trees. She was unable to advise me of when or if anything would happen. Mark Marelich drove by a little later and took some photos and spoke with Don and I as we were out in front working in the yard. |

| DATE | DAY | SUMMARY |
|---|---|---|
| **September 2006** Mon. 9/25/06 (Tracy more trees) | 100 | > Around 1:20pm when I came home I saw the same man planting more trees out in front. I phoned Lisa Ekers office and left a message on her recording. There were now 12 trees planted in the berm. Around 5:30pm when I was putting out the garbage, Tracy was out in front with the man they hired. I walked down my driveway to put out the trash and walked back inside speaking to no one. |
| Tue. 9/26/06 (copy of Letter) | 101 | Complaint Notice from Lt. Marc Alcantara to Don Inter-Office Communication. Given to Don at work around 6:00 pm 9/27/07 with his TRO. |
| Wed. 9/27/06 (My letter to the Board) | 102 | I wrote a letter to all Board Members asking if they could help me: Mark Church, Jerry Hill, Rich Gordon, Rose Gibson, Adrienne Tissier, and CC to: John Maltbie, Lisa Ekers, Mark Marelich, Neil Cullen, David Clarke, Tsutomu Imamura. I hand delivered 11 letters from 12:00 - 12:30 pm that day. |
| (Served TRO 1st) Don & Rhonda | 102 | > Around 7:00pm or so, Don came home from work. I was a little confused because Sgt. Gill Rodriguez drove up with him. It was explained of what took place at Don's place of work. Michael Toschi had filed a TRO against Don because he was in fear of his life. I was told Don was being moved from Patrol Sgt. to Jail Sgt., and that all of his guns were being taken away until further notice. Sgt. Rodriguez then handed me an envelope and said that I was also being served a TRO. |
| **October 2006** Sun. 10/1/06 (Water Hose) | 106 | The Toschi's placed a watering hose at the top of the berm to water the trees. |
| Sun. 10/8/06 (Tracy) – Video | 113 | Around 10:30am, I saw Tracy walking with her daughter up our roadway. |
| Tue. 10/10/06 (Tracy watering)-Video | 115 | Around 5:40pm, I was going to take my dog for a walk and when I opened the garage door, Tracy was out in front watering the trees. I closed the door and remained inside in fear of being in violation of my TRO. |
| Wed. 10/11/06 (Tracy/Daughter watering) | 116 | Around 4:30 when Don was leaving for work, Tracy was out in front with her daughter watering the trees. The daughter was left unattended in the street. |
| Mon. 10/16/06 (Rhonda Doctor) | 121 | Rhonda had a doctor's appointment regarding recent Panic Attacks and Stress I was under because the Toschi's are always out in front of our home and telling our neighbors what monsters we are and how he wanted Don fired from his job. I did cancel the appointment because I knew the doctor would put me on an Anxiety medication so I thought I could just deal with it a little longer. Hoping it would all stop once the Judge heard our side and the case and all allegations would be dropped. |
| Tues. 10/24/06 (1st Court Date) | 129 | Don appeared in court as this was our first court date. I was unable to be there, court continued to 1/9/07 |
| Fri. 10/27/06 (Don TRO 2nd) | 132 | Don served TRO at work (2nd time). |
| Mon. 10/30/06 (Rhonda TRO 2nd) | 135 | Rhonda served TRO at home (2nd time). |

| DATE | DAY | SUMMARY |
|---|---|---|
| **October 2006**<br>Sun. 10/29/06<br>(Michael) | 134 | Around 3:00pm, I was out in front working in the yard. Michael Toschi walked up the road from behind me. When I heard something, I turned to look and saw Michael. He looked right at me and continued on. I was in fear of moving because of the TRO, so I didn't move. Michael stopped about 15 feet from me to take photos of the area of the berm. My daughter came out and saw Michael behind me. I instructed her to go back inside. Michael walked up the road and continued to take his photos. Once he left, I finished my work and went inside.<br>> |
| (Tracy/Daughter) | | My son Nick advised me later that night when he and his friend were playing outside up our road away, he saw Tracy and her daughter on a walk. Nick told his friend that they should go down to his house to play. As they were playing out in front of Nick's friend's house, Tracy was walking back down. As she approached the boys, she stopped and started watching them. Nick said he didn't like her watching him so he told his friend that they should move to his backyard. After the boys left, Tracy continued on her way. |
| **November 2006**<br>Sat. 11/4/06<br>(Pam Schnur) | 140 | Around 4:30pm, I was out in front in the roadway next to the berm watching my kids and our puppy, they were running up and down our road with their friends having a race. As I was standing there, a car pulled up next to me and stopped. I looked over as the driver rolled down the window, it was Pam Schnur who use to live next door to us. The family moved around 6 or 7 years ago. She said," looking at anything interesting?" I said, "just waiting for a pack of kids". I continued to look up the road because I didn't want to have a conversation with her. She drove up the road and stopped when she saw the kids. I motioned for my kids to come back and took them inside. Pam parked her car and walked inside the Dubois home next door to us. |
| Sun. 11/5/06<br>(M /Daughter)-Video | 141 | Around1:00pm, I saw Michael and his daughter out in front. Michael appeared like he was picking up the damaged section of Grace's (at 607 Park Rd.) fence where the tree had fallen. During this time, Michael's daughter was playing out in front and climbing on the rocks in my front yard. My garage door was open because my children were out playing with their friends. When Nicholas walked into the garage, he found Michael's daughter in our garage. He asked her what she was doing and she said she wanted to play with Sara. Nicholas told her that he thought she should go down where her father was. Michael yelled up to her to come back down. Michael stacked up the broken fence and left it on the side of the roadway. He also dug up some of the larger pieces of concrete from the berm and placed them at the end of Grace's fence line. |
| Mon. 11/6/06<br>(Lisa Ekers & Toschi's)<br>Video | 142 | Around 9:00 am I was out in front of my home walking my dogs with I saw a white vehicle with a man and woman park their vehicle in the turn out. The woman got out and started taking photos of the area that the berm and trees were planted. I asked her if she was here regarding the issue about the berm, she advised yes and asked if I was Rhonda. She asked if I was going to be outside for awhile because she had a meeting with the Toschi's. I said thanks for the warning and walked inside my home. The woman was Lisa Ekers from Public Works. I saw Lisa and the man putting up a yellow tape from one end of the berm to the other end. A few minutes later the Toschi's walked up and started talking with Lisa and the man she was with. I could see Lisa pointing here and there. At one point it looked as if Michael upset Lisa because she started to walk back to her vehicle. I could see that Michael was upset and yelled out "IS THAT IT". After Lisa and her partner left Michael and Tracy ripped down the yellow tape Lisa had put up. |

| DATE | DAY | SUMMARY |
|---|---|---|
| **November 2006** | | |
| Mon. 11/6/06 (Matt Jacobs) 59' )13 | 142 | I phoned Supervisor Rich Gordon's office and left a message regarding my September letter. Around 12:30pm, Matt Jacobs returned my call and told me he works with supervisor Gordon. He said he was aware of my letter and was waiting to hear back from Public Works. He advised me that there was a meeting today regarding the berm. Mr. Jacobs said he would forward me Toschi's letter from Public Works and let me know what action would be taken? |
| Thurs. 11/9/06 (Copy of letter) | 145 | Letter to Neil Cullen from Michael Toschi via Certified Mail. Copy of Foundation Technologies, Inc. report dated Oct. 30, 2006 addressed to Mr. Toschi. |
| Wed. 11/15/06 (Copy of letter) | 151 | Letter to Michael Toschi from Neil Cullen regarding nothing had been done on the removal of the berm pertaining to Michael Toschi. Also meeting with staff on Nov. 6, 2006 reaffirmed that soil and concrete was still there. |
| Mon. 11/27/06 (Matt Jacobs) (Fax letter) | 163 | I phoned Supervisor Gordon's office to talk with Matt Jacobs to see if he had any information on the removal of the berm. He advised me he had not heard back from Public Works and would call them and get back to me. Later that day, Mr. Jacobs faxed me a letter addressed to Michael Toschi, dated Nov. 15th from Neil Cullen. |
| Thurs. 11/30/06 (Matt Jacobs) | 166 | I phoned Matt Jacobs to see if there was a date on the removal of the berm. He was told by Public Works that it would be removed, unknown date. He said he would phone Public Works to see about a date and call me back. Later that day, Mr. Jacobs phoned back and said Public works was waiting on a date from County Roads to come out. He advised if he hears anything he would let me know. I told Mr. Jacobs from July 5th to the day Michael was given **Notice**, it has been **148 days**, and 166 days in total from June 18th when the berm was first reported to Public Works. Mr. Jacobs sounded shocked to hear it had taken so long. |
| **.cember 2006** | | |
| Mon. 12/4/06 (Berm Removed)Video | 170 | 8:15am, Public Works and a County Roads crew showed up to remove the trees and berm. They also had to fix the area that was damaged from all of Toschi's digging and planting of unauthorized trees, and concrete. It took about 6 hours for the work to be complete. Person's present: Lisa Ekers, Mark Marelich, another man, around 6 County Roads workers Equipment (5): 1 Large Dump truck, 1 Back Hoe, 1 Water truck, 1 Supervisor's truck, and 1 Asphalt truck. |
| Sat. 12/9/06 (Amended IA) | 175 | Lt. Alcantara's Inter-Office letter to Don. Regarding complaint notice 06-IA-016 complainant Michael and Tracy Toschi. (AMENDED 12/9/06) |
| Wed. 12/13/06 (Sandbags) 1st time | 179 | Around 10:45am, Don saw Toschi's vehicle parked in the middle of the roadway. There was a Hispanic man taking (20) sandbags out of the vehicle. He laid the sandbags along the edge of the roadway to divert the rain water down the street. This is where Michael was instructed to place a catch basin per Public Works but he refused. I phoned Lisa Ekers and left a message, advising her of the sandbags. |
| Wed. 12/13/06 (Bags removed) | 179 | Around 2:00pm, a County Roads truck came by and removed the bags. |
| Fri. 12/15/06 (Mike at SMSO) | 181 | Toschi went to Don's work and handed Lt. Alcantara 6 letters from neighbors. He said that they dislike Don. He also handed him a copy of the court transcript of 10/24, and highlighted the parts where Don lied in court. Michael told Lt. Alcantara that he was still in fear of his life. |
| S?t 12/16/06 :hi's Daughter | 182 | Around 2:45, Toschi's daughter was in our rear yard playing, trying to get on our back deck. |

| DATE | DAY | SUMMARY |
|---|---|---|
| **December 2006** Tue. 12/19/2006 (Copy of letters) | 185 | Letter to Neil Cullen from Michael Toschi regarding the removal of the berm and trees. Attached with it second letter dated 12/14/06 to Mr. Toschi from Foundation Technologies, Inc. regarding the runoff problem of rain water. |
| Thurs. 12/21/06 (Sandbags) 2nd time | 187 | Around 8:00pm, I took my dogs for a walk and saw that Toschi had placed sandbags in the same area as before. They were put there after dark, 5:00pm, that was when Don left for work. |
| Fri. 12/22/06 (Phoned/Sandbags) | 188 | At 7:30am, I phoned Public Works and spoke with Chris Porter, (on call supervisor). I told him the Toschi's placed more sandbags out again after dark. |
| (Bags removed) | 188 | By 8:45am, County Roads removed the bags. |
| Sat. 12/23/06 (Sandbags 3rd time) | 189 | Between 7:00pm – 8:45pm, Toschi placed more sandbags in the same area. |
| Sun. 12/24/06 (Phoned/Sandbags) | 190 | 8:00am, I phoned Public Works and left a message for Chris Porter and Lisa Ekers that the Toschi's had placed more sandbags out after dark on 12/23. |
| Mon. 12/25/06 | 191 | Rhonda & kids leave for vacation. (Return 1/6/07) |
| Tue. 12/26/06 | 192 | County Roads removed bags. |
| Fri. 12/29/06 (Michael outside Main Jail) | 195 | Don was working night patrol. At 0015am Don was returning to the Hall of Justice. As he approached the building he observed a White/Pathfinder with Oregon plate driving very slow by the jail, it was being driven by Mike Toschi. Don advised Lt Alcantara and wrote up an in house letter. |
| (Don's letter) | 195 | Don's Intra-Office letter to Lt. Alcantara regarding Toschi driving by the jail late at night. |
| (Neil Cullen's Letter to Toschi) | 195 | Letter dated 12/29/06 to Michael Toschi regarding removal of Non-Permitted Encroachment in the Public Right-of-Way. |
| **January 2007** Sat. 1/6/07 (Michael) –Video | 203 | Rhonda & kids return home from vacation. At 2:15pm Michael Toschi and another man were out in front of our property in the roadway. A short time later a neighbor (Yohon Lyssand) walked up to them. Around 2:35 Don drove up the road to our driveway, Toschi was standing across from our driveway on the roadway and never moved for the vehicle. |
| Mon. 1/8/07 (TRO Re-filed) | 205 | Toschi's filed for reissue of the TRO (3rd time) |
| (Toschi letter to Cullen) | 205 | Letter dated 1/9/07 to Neil Cullen from Michael & Tracy Toschi. |
| Tue. 1/9/07 (Court continued) | 206 | Court continued until 2/6/07 for IA to be finished. |
| (Rhonda Doctor) | 206 | Rhonda to see doctor due to extreme Stress and Panic Attacks I was having brought on by the Toschi's. Placed on Lorazepam 3x day. |

| DATE | DAY | SUMMARY |
|---|---|---|
| **January 2007** Tue. 1/9/07 (Don TRO 3rd) | 206 | Don served TRO at work by Sgt. Rodriguez. |
| Wed. 1/10/07 (Rhonda Dentist) (copy of bill) | 207 | Rhonda to see dentist due to the extreme pain in my jaw. I was advised that due to the stress I have been under I have caused stress cracks in my teeth and should wearer a mouth guard at night. |
| Thurs. 1/11/07 (Disposition of IA) | 208 | Don was given a copy of the Disposition letter of the IA Complaint, 5 of the allegations were Not Sustained, 1 Unfounded. |
| Fri. 1/12/07 (Rhonda TRO 3rd) | 209 | Rhonda drove down to 400 County Center to meet Sgt. Rodriguez to be handed my 3rd TRO. |
| Mon. 1/15/07 (Car in shop) (copy of work order) | 212 | Rhonda had to take her vehicle to Putnam due to a squeaking noise in the steering. The problem was checked and road tested and verified. The source of the noise was at the Steering Gear Box and removed Pitman arm from steering gear and removed and replaced steering gear box and reassembled and centered steering wheel. |
| Tue. 1/23/07 (Rhonda Doctor) | 220 | Rhonda – Doctor changed medication from Lorazepam to Klonopin 2xday due to side effects. |
| **February 2007** Tue. 2/6/07 (Final Court Date) | 233 | Court 9:00am San Mateo. Judge ordered all parties to keep their distance, Toschi's wanted to have a 3 year Restraining Order on both Don and I. The Judge dropped mine and gave Don a 1 year Stop Harassment Order. |
| **May 2007** Fri. 5/18/07 (Rhonda Hospital) | 334 | Rhonda in hospital for back surgery. |
| (Tracy Fence Permit) | (334) | > Around this date Tracy Toschi applied for a fence permit. Mark at Public Works denied the permit, he advised Tracy that she and Michael had been advised this prior. Mark asked Tracy why she was using a different name then Toschi, she replied with "I use my madden name sometimes". |
| **June 2007** Fri. 6/8/07 (Gone for Summer) | 355 | Rhonda and kids leave for the summer. |
| **July 2007** Fri. 7/13/07 (Toschi's File Suit) | 389 | Michael & Tracy Toschi file Law Suit in San Francisco for Damages and Injunctive Relief and demand a Jury Trial. |