JOHN HOUSTON SCOTT   (SBN 72578)
LIZABETH N. de VRIES    (SBN 227215)
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609

MARK L. MOSLEY   (State Bar #136449)
BRIAN GEARINGER (State Bar #146125)
STEPHEN F. HENRY (State Bar #142336)
**MOSLEY & GEARINGER LLP**
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109-7837
Tel: (415) 440-3102
Fax: (415) 440-3103

Attorneys for the Plaintiffs
MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**PROOF OF SERVICE OF EXHIBIT D: VIDEO TO THE SUPPLEMENTAL DECLARATION OF MICHAEL TOSCHI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1375 Sutter Street, Suite 222, San Francisco, California, 94109. On December 21, 2007, I served the within document(s):

### EXHIBIT D: VIDEO

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

| **Attorneys for County of San Mateo,** | **Attorneys for Don Dallimonti and Rhonda Dallimonti,** |
|---|---|
| Virgil Raymond Swope, III<br>**OFFICE OF COUNTY COUNSEL**<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Fax: (650) 363-4034 | J. Michael Fitzsimmons<br>Lisa Jeong Cummins<br>**CAMPBELL, WARBURTON, FITZSIMMONS, SMITH MENDELL & PASTORE**<br>64 West Santa Clara Street<br>San Jose, CA 95113-1806<br>Fax: (408) 295-1423 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 21, 2007, at San Francisco, California.

_____
TIFFANY S. POSEY