**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

MARK L. MOSLEY (State Bar #136449)
BRIAN GEARINGER (State Bar #146125)
STEPHEN F. HENRY (State Bar #142336)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-3625 MMC<br><br>**EXHIBIT D: VIDEO**<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>Judge: The Honorable Maxine M. Chesney, presiding<br><br>Date Action Filed: July 13, 2007<br>Trial Date: November 3, 2008 |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT D to the SUPPLEMENTAL DECLARATION OF MICHAEL TOSCHI.

EXHIBIT D: VIDEO                    1            U.S. DISTRICT COURT CASE NO. C 07-3625 MMC

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description): _____

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ ] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[ ] Other (description): _____

Dated: December 21, 2007                    **SCOTT LAW FIRM**


                                            By:_____/s/_____
                                            JOHN HOUSTON SCOTT
                                            Attorneys for Plaintiffs MICHAEL TOSCHI
                                            and TRACY TOSCHI

EXHIBIT D. VIDEO                    2            U.S. DISTRICT COURT CASE NO. C 07-3625 MMC

United States District Court
Northern District of California

# Document Locator

Case Number: _07-3625 MMC_

Date Filed: _12-21-07_

Document Type:

    Reporter's Transcript: _____

    Trial Exhibits: _____

    Lodged Documents: _____

    Sealed Documents: _____

    Other: _(2 DISC) Exhibit D_

Location:

    Expando File: _X_
    (located next to file)

    Overflow Shelf: _____

    Vault: _____

    Other: _____

Document Number: _#44_