**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiffs
MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**NOTICE OF CHANGE OF CO-COUNSEL FOR PLAINTIFFS MICHAEL TOSCHI AND TRACY TOSCHI**<br><br>Date Action Filed:   July 13, 2007<br>Trial Date:   **November 3, 2008** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that Gearinger Law Group is replacing Mosley & Gearinger LLP as co-counsel for plaintiffs Michael Toschi and Tracy Toschi, effective January 1, 2008.

PLEASE TAKE FURTHER NOTICE that the service address and contact information for Gearinger Law Group is as follows:

   Brian Gearinger, Esq.
   Gearinger Law Group
   825 Van Ness Avenue, 4th Floor
   San Francisco CA  94109
   Tel.  415.440.3175
   Fax.  415.440.3103
   brian@gearingerlaw.com

The Court and all parties are requested to update their records accordingly.

/ / /

1  John Houston Scott and Lizabeth N. de Vries of The Scott Law Firm remain as
2  co-counsel for plaintiffs Michael Toschi and Tracy Toschi.
3  Dated:  February 26, 2008

GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER

Attorneys for Plaintiffs
MICHAEL TOSCHI and TRACY TOSCHI