**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: APR 25 2008

C-07-3625-MMC

Michael Toschi    v    County of San Mateo et al

Attorneys: John Scott / Brian Gearinger    Lisa Cummins / Raymond Swope

Deputy Clerk: **TRACY LUCERO**    Reporter: Not Reported

**PROCEEDINGS:**    **RULING:**

1. _____

2. _____

3. _____

4. _____

*Further*
(✓) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

※ Following deadlines extended

Meet & Confer deadline extended to 9/23/08.

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

(✓) Referred to Magistrate For: Settlement Conference before Mag. Spero –
(✓) By Court    (as early as his calendar will allow)
( ) CASE CONTINUED TO _____ for _____

※ Discovery Cut-Off  7/15/08    ※ Expert Discovery Cut-Off  9/15/08
※ ~~Plntf~~ T/A to Name Experts by 7/15/08    ※ ~~Deft~~ Rebuttal to Name Experts by 7/29/08

P/T Conference Date 10/21/08 @ 3:00   Trial Date 11/3/08 @ 9:00   Set for 10 days
Type of Trial: (✓) Jury   ( ) Court
Notes: _____

cc: Wings, Karen (1 hr)