**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Date:** June 27, 2008<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 2, 17th Floor<br>**Judge:** Hon. Maxine M. Chesney<br><br>Action Filed: July 13, 2007 |

**TO DEFENDANTS AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 27, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102, in Courtroom 2, Plaintiffs, Michael and Tracy Toschi, will and hereby does move the Court for a motion for leave to file first amended complaint. This motion is brought for reasons set forth in plaintiffs' moving papers.

This motion is based on Plaintiffs' Memorandum of Points and Authorities and the Declaration of John Houston Scott. This motion is also based on the pleadings and papers on file in this action; such additional matters of which this Court may take judicial notice; and any additional argument and evidence as may be presented at the hearing.

Respectfully submitted,

Dated: May 23, 2008

**SCOTT LAW FIRM**

By: _____
JOHN HOUSTON SCOTT
Attorneys for Plaintiffs

F:\Cases\Cases - Active\Toschi, Michael\Pleadings\Notice of Motion (Rule 15 Mtn to Amend).05.23.08.DOC

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE 1ST AMENDED COMPLAINT    2    U.S. DISTRICT COURT CASE NO. C-07-3625