UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | No. 07-03625 MMC (JCS) |
|     Plaintiff(s), | |
|   v. | **CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |
| COUNTY OF SAN MATEO, et al. | |
|     Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference previously scheduled for June 19, 2008 has been continued until **July 31, 2008** at 9:30 a.m., in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

On or before July 17, 2008, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

The parties are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of this Court's May 1, 2008, "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

Dated: June 4, 2008                    RICHARD W. WIEKING, CLERK

By: *MNarcisse*
    Monica Narcisse, Deputy Clerk