THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: V. Raymond Swope III, Deputy (SBN 135909)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile:  (650) 363-4034
E-mail:  rswope@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, NEIL CULLEN,
BRIAN LEE, AND DAVID WEIDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, AND TRACY TOSCHI<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**DECLARATION OF V. RAYMOND SWOPE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>Hearing:<br><br>Date:   June 27, 2008<br>Time:   9:00 a.m.<br>Courtrm: 7, 19th Floor<br><br>**THE HON. MAXINE M. CHESNEY** |

V. Raymond Swope declares as follows:

1. I am a Deputy County Counsel for the County of San Mateo and the primary attorney of record for defendants County of San Mateo, Neil Cullen, Brian Lee, and David Weidner. The following is within my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I attended the Status Conference before the Honorable Maxine M. Chesney on April 25, 2008. I recall, and my hearing notes reflect that at the Conference Judge Chesney stated that she would be inclined to continue the trial date and pre-trial deadlines if plaintiffs were to amend their

Case No. C-07-3625 MMC
DECLARATION OF V. RAYMOND SWOPE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

complaint to add several causes of action or several parties.

3. The parties so far have conducted some 14 depositions, some in multiple sessions, including the depositions of all but one of the (currently) named parties and various neighbors and County employees. The parties have completed initial disclosures and in the next several weeks, defendants will produce for inspection thousands of documents in response to plaintiffs' several hundred discovery requests.

4. County defendants have retained and have worked extensively with expert consultants and trial witnesses in preparation for trial. I have spent nearly a thousand hours preparing this case as originally pled for trial.

5. If this motion to amend is granted, I will need to conduct discovery, do legal research, and focus our experts' attentions on the Equal Protection claim and on Public Works employees Mark Marelich and Joe Costa as individual defendants. In addition, I will need to determine the cause and effect of the second oak tree's falling.

6. Preparing a defense to the new causes of action and for the new parties will require re-taking depositions of the plaintiffs, the neighbors, County officials and some of the witnesses whose depositions already have been completed at significant additional expense and inconvenience. Determining the cause of the second tree's falling will require further work with soils and arborist experts and further depositions of neighbors and witnesses, document requests and interrogatories.

7. I have attended all of the depositions taken to date and have reviewed all the materials produced in response to plaintiffs' discovery requests. I do not believe any new facts were disclosed in discovery in this case since it was filed in July, 2007 that would relate to an equal protection claim or that would provide a basis for plaintiffs to sue County Public Works supervisors Mark Marelich or Joe Costa. From the outset of this lawsuit, plaintiffs have known of the roles Mark Marelich and Joe Costa played in the long-running neighbor dispute.

8. I have reviewed the proposed First Amended Complaint. To prepare a defense to the new causes

Case No. C-07-3625 MMC                            2
DECLARATION OF V. RAYMOND SWOPE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

of action and for the new parties plaintiffs wish to add will require at least four additional months for depositions, document requests, consultation and preparation of experts and preparation of a dispositive motion to address the new issues.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Redwood City, California on June 6, 2008.

                                                      /s/
                                          V. RAYMOND SWOPE