J. Michael Fitzsimmons - SBN 132343
jfitzsimmons@campbellwarburton.com
Lisa Jeong Cummins - SBN 118087
lcummins@campbellwarburton.com
**CAMPBELL, WARBURTON, FITZSIMMONS,
   SMITH, MENDELL & PASTORE**
64 West Santa Clara Street
San Jose, California 95113-1806
Telephone:   408-295-7701
Facsimile:   408-295-1423

Attorneys for Defendants
DON DALLIMONTI and RHONDA DALLIMONTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI, | Case No.   C-07-3625 MMC |
| Plaintiffs, | **DEFENDANTS DALLIMONTIS' JOINDER IN COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT** |
| vs. | |
| COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive, | Date:   June 27, 2008<br>Time:   9:00 a.m.<br>Location:   Courtroom 7, 19th Floor<br>           Hon. Maxine M. Chesney |
| Defendants. | TRIAL DATE:   November 3, 2008 |

PLEASE TAKE NOTICE that Defendants DON DALLIMONTI and RHONDA DALLIMONTI hereby join the County Defendants in opposing Plaintiffs' Motion for Leave to File First Amended Complaint and also hereby adopt the arguments, authorities, and requests set forth in the County's Opposition papers e-filed on June 6, 2008.

| | |
|---|---|
| DATED: June 6, 2008 | Respectfully submitted, |
| | CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE |
| | By:_____/s/_____ |
| | LISA JEONG CUMMINS |
| | Attorneys for Defendants DON DALLIMONTI and RHONDA DALLIMONTI |

Case No. C-07-3625 MMC
DEFENDANTS DALLIMONTIS' JOINDER IN COUNTY'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND

- 2 -