**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE DATE** |

Because of the trial schedules and vacation plans of the parties and their attorneys, and the need to reschedule the settlement conference, the parties have entered into a stipulation to continue the expert disclosure date.

IT IS HEREBY STIPULATED by and between the parties that the date for expert disclosures shall be continued from July 22, 2008 to August 22, 2008 so that the parties may

participate in settlement negotiations with Magistrate Judge Spero prior to the date of expert disclosures.

Dated: June 9, 2008

By: _____/s/_____
JOHN HOUSTON SCOTT,
Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

Dated: June___, 2008

By: _____
V. RAYMOND SWOPE,
Attorneys for Defendants,
COUNTY OF SAN MATEO, et al.

Dated: June___, 2008

By: _____
LISA J. CUMMINS,
Attorneys for Defendants,
DON AND RHONDA DALLIMONTI

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby ordered that the date for expert disclosures shall be continued to August 22, 2008.

DATED:

By: _____
U.S. District Court Judge Maxine M. Chesney

F:\Cases\Cases - Active\Toschi, Michael\Pleadings\Stipulation.06.04.08.DOC

participate in settlement negotiations with Magistrate Judge Spero prior to the date of expert disclosures.

Dated: June___, 2008

By:_____
JOHN HOUSTON SCOTT,
Attorneys for Plaintiffs MICHAEL TOSCHI and
TRACY TOSCHI

Dated: June 9, 2008

By:_____
V. RAYMOND SWOPE,
Attorneys for Defendants,
COUNTY OF SAN MATEO, et al.

Dated: June___, 2008

By:_____
LISA J. CUMMINS,
Attorneys for Defendants,
DON AND RHONDA DALLIMONTI

[PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby ordered that the date for expert disclosures shall be continued to August 22, 2008.

DATED:

By:_____
U.S. District Court Judge Maxine M. Chesney

F:\Cases\Cases - Active\Toschi, Michael\Pleadings\Stipulation.06.04.08.DOC

participate in settlement negotiations with Magistrate Judge Spero prior to the date of expert disclosures.

Dated: June___, 2008

By:_____
JOHN HOUSTON SCOTT,
Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

Dated: June___, 2008

By:_____
V. RAYMOND SWOPE,
Attorneys for Defendants,
COUNTY OF SAN MATEO, et al.

Dated: June 6, 2008

By: /s/ Lisa J. Cummins
LISA J. CUMMINS,
Attorneys for Defendants,
DON AND RHONDA DALLIMONTI

[PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor, it is hereby ordered that the date for expert disclosures shall be continued to August 22, 2008.

DATED: June 12, 2008

By: /s/ Maxine M. Chesney
U.S. District Court Judge Maxine M. Chesney

F:\Cases\Cases - Active\Toschi, Michael\Pleadings\Stipulation.06.04.08.DOC

STIPULATION AND [PROPOSED] ORDER    2    U.S. DISTRICT COURT CASE NO. C-07-3625