**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625<br><br>**DECLARATION OF BRIAN GEARINGER IN SUPPORT OF REPLY OF PLAINTIFFS MICHAEL TOSCHI AND TRACY TOSCHI IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br>[F.R.C.P. 15(a)]<br><br>**Date:** June 27, 2008<br>**Time:** 9:00 am<br>**Place:** Courtroom 2, 17th Floor<br>**Judge:** The Hon. Maxine M. Chesney<br><br>**Complaint Filed:** July 13, 2007 |

I, Brian Gearinger, declare as follows:

1. I am the principal of Gearinger Law Group, co-counsel of record for Plaintiffs Michael Toschi and Tracy Toschi ("Plaintiffs"), parties to this action. I am an attorney licensed

to practice law in the State of California and duly admitted to the Bar of the United States District Court for the Northern District of California. I have direct personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. The deposition of Joe Costa was taken on March 4, 2008. Attached as Exhibit A is a true copy of the relevant portions of the Transcript of Deposition of Joe Costa.

3. The deposition of Mark Marelich was taken on March 3, 2008. Attached as Exhibit B is a true copy of the relevant portions of the Transcript of Deposition of Mark Marelich.

4. On June 10, 2008, this Court issued an Order Continuing the Expert Disclosure Date. Attached as Exhibit C is a true copy of this Court's Stipulation and Order Continuing Expert Disclosure Date.

5. On October 23, 2007, Plaintiffs filed a Case Management Statement. Attached as Exhibit D is a true copy of Plaintiffs' Case Management Statement.

6. On April 21, 2008, the parties filed a Joint Case Management Conference Statement. Attached as Exhibit E is a true copy of the parties' Joint Case Management Conference Statement.

7. On March 18, 2008, the County served a Request for Entering Land for Inspection and Other Purposes Under Rule 34, Set Two. Attached as Exhibit F is a true copy of the County's Request for Entering Land for Inspection and Other Purposes Under Rule 34, Set Two. The County's arborist was on Plaintiffs' property for several hours on April 7 and spent much of that time inspecting the base and exposed roots of the second oak tree that fell on January 14.

8. On June 6, 2008, V. Raymond Swope, counsel for the County sent an email to me. Attached as Exhibit G is a true copy of Mr. Swope's June 6, 2008 email.

///
///
///
///

1     I declare under penalty of perjury under the laws of the United States of America that the proceeding declaration is true, and that this declaration was executed on June 13, 2008 in San Francisco, California.

*[signature]*

BRIAN GEARINGER