# EXHIBIT A

===========================================================

# MICHAEL TOSCHI AND TRACY TOSCHI VS. COUNTY OF SAN MATEO

## DEPOSITION OF JOE COSTA

March 4, 2008

(Pages 1 - 91)

===========================================================

**CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:**

*A. MAGGI SAUNDERS & ASSOCIATES*
*Certified Shorthand Reporters*
*57 Plymouth Avenue*
*Mill Valley, CA 94941*
*Phone: (415) 383-6281*

## Page 77

1 transferred to the Jail?
2  A. Oh, I don't know. I'd say four years ago,
3 five years ago, four years ago.
4  Q. Okay. So, the last four or five years
5 you'll see him from time to time when you go to work,
6 because he works at the Jail?
7  A. No, sir. He did -- transferred somewhere
8 else, and I haven't seen him.
9  Q. Okay. Well, when did you see him down
10 there when you were working weekends?
11  A. Oh, I don't know, five years ago, four
12 years ago, something like that.
13  Q. Now, when you were out there on December
14 4th of 2006, putting in that asphalt swale, was
15 somebody supervising that operation of putting in the
16 asphalt?
17  A. I think Lisa was there for a while, and it
18 was myself. I was a supervisor there.
19  Q. All right. And did somebody tell you how
20 to put in that swale?
21  A. Lisa told me, "Put it back the way it
22 was."
23  Q. And did you -- Did she tell you she knew
24 what that meant, "what it was"?
25  A. No, sir.

## Page 78

1  Q. So, did you tell her what it was?
2  A. No, sir. I knew what it was before. I
3 didn't have to ask her.
4  Q. All right. Did she --
5    Did you understand that she knew what it
6 was?
7  A. Yes, sir.
8  Q. Did she tell you she knew what it was?
9  A. I don't recall her saying that, no.
10  Q. She just told you to re- -- put it back to
11 what it was.
12  A. Yes, sir.
13  Q. Okay. And you did it the way you did it,
14 because of your understanding of what it was.
15  A. Yes, sir.
16  Q. All right. So, it was basically, you
17 decided how to restore it to what it was, because you
18 knew what it was.
19  A. Yes, sir.
20  Q. Okay. And you don't know if Lisa Ekers
21 knew what it was.
22  A. Oh, no, sir.
23  Q. Okay. Did you ever talk to Rhonda
24 Dallimonti about whether you did it the way it was?
25  A. Oh, no, sir. No.

## Page 79

1  Q. Do you think she would know, if you did it
2 the way it was?
3    MR. SWOPE: Objection. Calls for
4 speculation.
5    MR. SCOTT: Q. Go ahead.
6    MS. CUMMINS: Join.
7    MR. SCOTT: Q. Do you think she would
8 know whether you did it the way it was?
9    MR. SWOPE: Same objection.
10    MS. CUMMINS: Join.
11    THE WITNESS: No, sir, I would not have
12 knowledge of that.
13    MR. SCOTT: Q. Did Mr. Imamura tell you
14 how to do it?
15  A. No, sir.
16  Q. Okay. So Mr. -- Did Mr. Imamura talk to
17 you about putting down asphalt?
18  A. Yes, sir, he told me to go back out there
19 and put the swale back in.
20  Q. Okay. So Mr. Imamura just told you to put
21 the swale back in.
22  A. Yes, sir.
23  Q. He didn't tell you to do it the way it
24 was; he just said, "Put it back in."
25  A. I'm just saying that; and that usually

## Page 80

1 means, put it back the way it was.
2  Q. I want to know what his words were.
3  A. Well, I don't know what his words were.
4 You would have to ask him.
5  Q. Well, you are the one who heard it, that's
6 why I'm asking you. What did he tell you?
7  A. He told me to put the swale back in.
8  Q. All right. And did he tell you to do it
9 the way it was?
10  A. I don't recall; but he usually does stuff
11 like that. He usually tells me -- because he's pretty
12 precise, he's pretty -- what he call "micromanager".
13  Q. And did he tell you he knew what it was?
14  A. No, sir. I don't think he did.
15  Q. All right. And so, he told you to put the
16 swale back in, and he left.
17  A. He wasn't there for the swale. He was
18 just there for the trees.
19  Q. All right. So, Mr. Imamura was there for
20 the trees, but not the swale, correct?
21  A. Yes, sir.
22  Q. But did Mr. Imamura tell you to put in the
23 swale?
24  A. Yes, he did.
25  Q. All right. But he left before you did it.