# EXHIBIT F

MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile: (650) 363-4034
E-mail: rswope@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, NEIL CULLEN,
BRIAN LEE, and DAVID WEIDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, AND TRACY TOSCHI<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**DEFENDANT COUNTY OF SAN MATEO'S REQUEST FOR ENTERING LAND FOR INSPECTION AND OTHER PURPOSES UNDER RULE 34, SET TWO** |

Pursuant to Federal Rules of Civil Procedure Rule 34, Defendants COUNTY OF SAN MATEO, DAVID WEIDNER, NEIL CULLEN AND BRIAN LEE requests Plaintiff MICHAEL TOSCHI respond to within thirty (30) days the following:

That plaintiffs permit defendants and its consulting arborist to enter land situated at 2511 Park Road, Redwood City in the Emerald Lake Hills, CA, and to inspect or otherwise examine the trees, land and soil relating to any and all alleged damage to your property allegedly attributed to surface water or drainage of water upon your property, including any damage to your property as alleged in your complaint for damages.

1  The inspection of your property situated at 2511 Park Road, Redwood City, California which is
2  the subject of this lawsuit will take place on Monday, April 24, 2008 at 2:00 p.m.

4  Dated: March 18, 2008.                    Respectfully submitted,

                                             MICHAEL P. MURPHY, COUNTY COUNSEL

                                             By: _____
                                                 V. Raymond Swope III, Deputy

                                             Attorneys for Defendants
                                             COUNTY OF SAN MATEO, NEIL CULLEN,
                                             BRIAN LEE, and DAVID WEIDNER

L:\LITIGATE\T_CASES\Toschi\Pleadings\CSM Req for Entering land for Insp2.doc

## PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On March 18, 2008, I served the following document(s):

**DEFENDANT COUNTY OF SAN MATEO'S REQUEST FOR ENTERING LAND FOR INSPECTION AND OTHER PURPOSES UNDER RULE 34, SET TWO**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY OVERNIGHT DELIVERY) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[ ] (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address shown below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (BY FACSIMILE TRANSMISSION) by telefaxing a true copy of said document(s) at ____, __ m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
SUBIDRA WARAN

Toschi v. County of San Mateo et al., - C-07-3625 MMC

## SERVICE LIST

**Brian Gearinger**
Gearinger Law Group
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109
415-440-3175
Fax: 415-440-3103
Email: brian@gearingerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Houston Scott**
**Lizabeth N. de Vries**
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109
415-561-9600
Fax: 415-561-9609
Email: tposey@lawjhs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa J. Cummins**
**J. Michael Fitzsimmons**
Campbell Warburton Fitzsimmons et al
64 W. Santa Clara Street
San Jose, CA 95113
408-295-7701
Fax: 408-295-1423
Email: lcummins@campbellwarburton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTORNEYS FOR PLAINTIFFS:
*Michael & Tracy Toschi*

ATTORNEYS FOR DEFENDANTS:
Don & Rhonda Dillamonti

L:\LITIGATE\T_CASES\Toschi\Pleadings\Master Pos sw.doc

PROOF OF SERVICE