# EXHIBIT G

**Brian Gearinger**

---

| | |
|---|---|
| **From:** | Raymond Swope [rswope@co.sanmateo.ca.us] |
| **Sent:** | Friday, June 06, 2008 4:52 PM |
| **To:** | Brian Gearinger |
| **Cc:** | Lisa Cummins; Carol Woodward; John H. Scott |
| **Subject:** | Toschi--Scope of Work re Continued Site Inspection |

Brian:

Further to our telephone discussion today, June 6, 2008, this is to confirm that defendant County of San Mateo wishes to perform a further site inspection on June 20, 2008 at 9:00 a.m. at the Toschi residence, 2511 Park Road, Emerald Hills. This is a continuance of our initial site inspection begun on April 7, 2008. As you know, our arborist was unable to access and inspect the root plate of the subject tree in April, because of unanticipated conditions at the time.

The Scope of Work: to inspect the tree root plate to determine the condition of the roots for potential causes for the collapse of the oak tree on January 14, 2008. We anticipate using a two or three man crew from the soils engineering firm which was previously at the site in April, using hand equipment. Samples of root and trunk tissue and soil samples may be taken. The excavation will be performed with the intent to minimize additional disturbance to the retaining walls.

Again, the tentative site visit date is Friday, June 20, at 9:00 a.m. Please confirm ASAP.

This is to further confirm that you have granted an additional extension for the County's response to your request for production of documents which involved 170 requests. Our responses will now be due on June 23, 2008, along with our responses to plaintiffs' interrogatories and request for admissions. Your response to the county's request for production of documents will now be due on July 1, 2008.

Raymond Swope


V. Raymond Swope III
Deputy County Counsel
Office of the County Counsel
County of San Mateo
400 County Center, Sixth Floor
Redwood City, California 94063
tel:(650) 363-4759
fax:(650) 363-4034
rswope@co.sanmateo.ca.us

1