Michael L. Rains, SBN 91013
**RAINS LUCIA STERN, PC**
2300 Contra Costa Boulevard, Suite 230
Pleasant Hill, CA 94523
Telephone: 925.609.1699
Facsimile: 925.609.1690

Attorneys for Defendants
DON and RHONDA DALLIMONTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY inclusive, <br><br> Defendant. | Case No. C 07-3625 JL <br><br> **NOTICE OF CHANGE IN COUNSEL** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Michael L. Rains is no longer counsel of record for Defendants DON and RHONDA DALLIMONTI. Accordingly, please remove Mr. Rains from all proofs of service and electronic notifications in this matter.

RAINS LUCIA STERN, PC

Dated: June 25, 2008

_____
Michael L. Rains