**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-filing

Date: JUN 27 2008

C-07-3625-MMC

Michael & Tracy Toschi v. County of San Mateo et al

Attorneys: Brian Gearinger / Carol Woodward, V. Raymond Swope
R. Stephen LaRoe / Lisa Cummins

Deputy Clerk: TRACY LUCERO    Reporter: Sahar McVickar

**PROCEEDINGS:**   **RULING:**

1. π's motion for leave to file 1st Amended Complaint — GRANTED
2.
3.
4.

( ) Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Trial & related dates are continued for reasons stated on the record. Dispositive motion filing deadline is 1/9/09.

(✓) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court ✓

( ) Referred to Magistrate For: _____
    ( ) By Court
(✓) CASE CONTINUED TO 12/12/08 @ 10:30 for Further Status Conference
(Joint statement due 12/5/08)
Discovery Cut-Off 10/10/08    Expert Discovery Cut-Off 12/5/08
π/Δ Plntf to Name Experts by 10/31/08    π/Δ Rebuttal Deft to Name Experts by 11/14/08
P/T Conference Date 4/28/09 @ 3:00  Trial Date 5/11/09 @ 9:00  Set for 10 days
Meet & Confer by 3/23/09.   Type of Trial: (✓)Jury ( )Court
Notes: _____

cc: JCS Chambers   (1 hour)