IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | C-07-3625 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. / | |

    Plaintiffs' motion for leave to file a first amended complaint came on regularly for hearing on June 27, 2008. Brian Gearinger and R. Stephen LaRoe of Gearinger Law Group appeared on behalf of plaintiffs. V. Raymond Swope and Carol Woodward appeared on behalf of defendants County of San Mateo, Neil Cullen, Brian Lee, and David Weidner. Lisa Cummings of Campbell, Warburton, Fitzsimmons, Smith, Mendell & Pastore appeared on behalf of defendants Don Dallimonti and Rhonda Dallimonti.

    The Court having considered the papers filed in support of and in opposition to the motion, and the arguments of counsel, and for the reasons stated on the record at the hearing, the motion is hereby GRANTED. Plaintiffs shall file their First Amended Complaint no later than July 2, 2008, and shall serve newly-named defendants Mark Marelich and Joe Costa with summons and a copy of the complaint no later than July 11, 2008.

    The trial date and related dates and deadlines are continued as set forth in the

1  Amended Pretrial Preparation Order filed concurrently herewith.
2  **IT IS SO ORDERED.**

4  Dated: June 27, 2008

MAXINE M. CHESNEY
United States District Judge