**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, ET AL., | Case No. C-07-3625 MMC (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |
| COUNTY OF SAN MATEO, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the request of counsel, the Settlement Conference previously scheduled for July 31, 2008, at 9:30 a.m., has been continued until **September 15, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

**On or before September 2, 2008**, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement. This Statement should not be electronically filed and need not be served upon the other parties.

Counsel are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of the Court's May 1, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

Dated: July 29, 2008             RICHARD W. WIEKING, CLERK

By: /s/ Mary A. Macudzinski-Gomez
    Deputy Clerk