# EXHIBIT A

**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZBETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO THE COUNTY OF SAN MATEO, SET TWO**<br>[F.R.C.P. 34(b)]<br><br>Date Action Filed:    July 13, 2007<br>Trial Date:    **November 3, 2008** |

**PROPOUNDING PARTY:** Plaintiff Michael and Tracy Toschi ("Plaintiffs")

**RESPONDING PARTY:** Defendant County of San Mateo ("Defendant")

**SET NUMBER:** Two

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS    1    U.S. DISTRICT COURT CASE NO. C-07-3625 MMC

## DEFINITIONS

1. The terms "document" and/or "documents" means all "writings," "recordings," "photographs," "originals" and "duplicates," as defined by the Federal Rules of Evidence, Rule 1001, and includes without limitation, written, printed, recorded or graphic matter recorded on paper, tape, or stored or generated electronically, and includes letters, notes, tape recordings, voice mails, photos, agendas, lists, diary or calendar entries, telephone messages, work papers, ledgers, memoranda, reports, telegraphs, telexes, computer transcripts, computer files, minutes and emails, active or deleted, and their attachments, and drafts of those documents that are in your actual or constructive possession or control. Documents stored or generated electronically such as emails or memos kept on hard drives, tapes or other computer archives should be printed out on paper prior to their production, showing when the documents were first generated and the author and recipient of each document, other than databases. Such documents also should be produced in their original electronic form.

2. "You" and "your" means Defendant Rhonda Dallimonti.

3. "You or anyone acting on your behalf" includes you, your agents, your employees, your insurance companies, their agents, their employees, your attorneys, your accountants, your investigators, and anyone else acting on your behalf.

4. "Relating to" means constituting, referring to, evidencing, reflecting or concerning.

5. "Communication" means any written letter, memorandum, note, email, recording, or other transmission of information from one person or entity to another, including, without limitation, by personal meeting, telephone, radio, telegraph, electronic mail, or teleconference, whether or not pre-arranged, formal or informal.

Defendant is notified that at the commencement of trial of this case Plaintiff will ask the Court for an order precluding Defendant from introducing into evidence or revealing to the jury any document, information or other evidence that was in the possession of Defendant or under the control of Defendant as of the date of Defendant's response to this request for production of documents, was reasonably called for in response to one or more of the requests in this request

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS    2    U.S. DISTRICT COURT CASE NO. C-07-3625 MMC

for production of documents, and was not produced in Defendant's responses to this request for production of documents.

## DOCUMENTS REQUESTED

1. Any and all documents that you or anyone acting on your behalf possess that relates to the design of Park Road from the intersection of Park Road and Woodland Place to the end of Park Road ("Upper Park Road").

2. Any and all documents that you or anyone acting on your behalf possess that relates to the drainage of water run-off on Upper Park Road.

3. Any and all documents that you or anyone acting on your behalf possess that relates to the flowage easement onto the plaintiffs' property from Upper Park Road.

4. Any and all documents that you or anyone acting on your behalf possess that relates to the capacity of all culverts, catch basins or whistles to take run-off water on Upper Park Road.

5. Any and all documents that show drainage plans for Upper Park Road.

Dated: June 6, 2008

SCOTT LAW FIRM

By: _____
JOHN HOUSTON SCOTT,
Attorneys for Plaintiffs MICHAEL TOSCHI
and TRACY TOSCHI

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1375 Sutter Street, Suite 222, San Francisco, California, 94109. On June 6, 2008, I served the within document(s):

**PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO THE COUNTY OF SAN MATEO, SET TWO**

**X**    **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

**X**    **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

     **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

| Attorneys for Don Dallimonti and Rhonda Dallimonti, | Attorneys for County of San Mateo, |
|---|---|
| J. Michael Fitzsimmons<br>Lisa Jeong Cummins<br>CAMPBELL, WARBURTON, FITZSIMMONS, SMITH MENDELL & PASTORE<br>64 West Santa Clara Street<br>San Jose, CA 95113-1806<br>Fax: (408) 295-1423 | Virgil Raymond Swope, III<br>OFFICE OF COUNTY COUNSEL<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Fax: (650) 363-4034 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 6, 2008, at San Francisco, California.

_/s/ Tiffany S. Posey_
TIFFANY S. POSEY

P. 1

* * * COMMUNICATION RESULT REPORT ( JUN. 6. 2008 4:59PM ) * * *

FAX HEADER: THE SCOTT LAW FIRM

```
TRANSMITTED/STORED : JUN. 6. 2008  4:53PM
FILE  MODE              OPTION              ADDRESS                RESULT      PAGE
----  -------------     ------              -------                ------      ----
929   MEMORY TX                             14082951423            OK          13/13
                                            16503634034            OK          13/13
```

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

---

**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: 415.561.9600
Fax: 415.561.9609

John Houston Scott
Lizabeth N. de Vries

## FACSIMILE COVER SHEET

| Date: | June 6, 2008 |
|---|---|
| To: | Lisa Jeong Cummins (408) 295-1423 |
|  | V. Raymond Swope, III (650) 363-4034 |
| Re: | *Toschi v. County of San Mateo, et al.*, Case No: C 07-3625 |
| Pages (including cover sheet): | 13 |
| From: | John H. Scott |
| Message: | Please see attached Notice of Depositions and Request for Production of Documents, Set Two |

The information contained in this facsimile is information protected by the attorney/client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of this facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.