# EXHIBIT C



| | | |
|---|---|---|
| **COUNTY COUNSEL**<br>Michael P. Murphy<br><br>**CHIEF DEPUTIES**<br>John C. Beiers<br>Deborah Penny Bennett<br>Brenda B. Carlson | **COUNTY COUNSEL**<br>**COUNTY OF SAN MATEO**<br>Hall of Justice and Records · 6th Floor<br>400 County Center · Redwood City, CA 94063-1662<br>Telephone: (650) 363-4250  Facsimile: (650) 363-4034<br><br>*Please respond to: (650) 363-4759* | **DEPUTIES**<br>Kathryn E. Alberti<br>Rebecca M. Archer<br>Aimee B. Armsby<br>Claire A. Cunningham<br>Peter K. Finck<br>Timothy J. Fox<br>Portor Goltz<br>Judith A. Holiber<br>David A. Levy<br>Glenn M. Levy<br>Kimberly A. Marlow<br>John D. Nibbelin<br>Paul A. Okada<br>David A. Silberman<br>William E. Smith<br>Miruni Soosaipillai<br>V. Raymond Swope III<br>Lee A. Thompson<br>Eugene Whitlock<br>Carol L. Woodward |

August 22, 2008

VIA FACSIMILE AND U.S. MAIL

Brian Gearinger
Gearinger Law Group
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109-7837

    Re:   *Toschi, et al. v. County of San Mateo, et al.*

Dear Mr. Gearinger:

    I write to respond to your August 18, 2008 "meet and confer" letter concerning our purported failure to respond to "Plaintiffs' Request for Production of Documents to the County of San Mateo, Set Three." In that letter, you admit that the request was "mislabeled Set Two but is unmistakably a third set of requests since it came almost two months after the second set of requests."

    The tone of your letter suggests that we knowingly and intentionally failed to respond to your discovery, which is totally untrue. As I stated in my August 21, 2008 letter to you, I have not been available, and all you have to do is pick up the telephone and call if there is a problem.

    Second, based on your misnumbering of the request, which I do not recall seeing, my previous secretary indexed this as labeled, which is Request for Production of Documents to the County of San Mateo, Set Two. As such, when we served our written response to the original Set Two (served in April 2008) after the instant request, it appeared on the index that we had appropriately responded to Set Two, and that there were no more outstanding discovery responses due.

    Third, in addition to your mislabeling of Request Three as Request Two, you define the terms "You" and "Your" in your Definitions section, page 2, paragraph 2, as meaning "Defendant Rhonda Dallimonti." Accordingly, the mistaken descriptions make it difficult to determine who you want to respond. Given these errors, your discovery requests are somewhat ambiguous, and can be somewhat confusing from a calendaring standpoint.

Brian Gearinger
August 22, 2008
Page 2

Nevertheless, having reviewed the substance of the requests, it does not appear that we have any responsive documents. I will check with my clients to confirm this, and I will formally respond within the next seven to ten days.

Please call me if you wish to discuss this further.

Very truly yours,

MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____
V. Raymond Swope III, Deputy County Counsel

MPM/VRS/al

cc: John Houston Scott, Esq.
    Lisa Jeong Cummins, Esq.
    Carol L. Woodward, Deputy County Counsel

L:\LITIGATE\T_CASES\Toschi\Correspondence\Ltr7 Letter to Gearinger re Pltf Req for Prod 2 stb 3.doc