# EXHIBIT D

**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**PLAINTIFF MICHAEL TOSCHI'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT COUNTY OF SAN MATEO, SET NUMBER ONE**<br>[F.R.C.P. 34(b)]<br><br>Date Action Filed: July 13, 2007<br>Trial Date: **November 3, 2008** |

PROPOUNDING PARTY:    Plaintiff Michael Toschi ("Plaintiff")

RESPONDING PARTY:    Defendant County of San Mateo ("Defendant")

SET NUMBER:    One

## DEFINITIONS

1.    The terms "document" and/or "documents" means all "writings," "recordings," "photographs," "originals" and "duplicates," as defined by the Federal Rules of Evidence, Rule
PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS    1    U.S. DISTRICT COURT CASE NO. C-07-3625 MMC

1001, and includes without limitation, written, printed, recorded or graphic matter recorded on paper, tape, or stored or generated electronically, and includes letters, notes, tape recordings, voice mails, photos, agendas, lists, diary or calendar entries, telephone messages, work papers, ledgers, memoranda, reports, telegraphs, telexes, computer transcripts, computer files, minutes and emails, active or deleted, and their attachments, and drafts of those documents that are in your actual or constructive possession or control. Documents stored or generated electronically such as emails or memos kept on hard drives, tapes or other computer archives should be printed out on paper prior to their production, showing when the documents were first generated and the author and recipient of each document, other than databases. Such documents also should be produced in their original electronic form.

    2.    "You" and "your" means Defendant Rhonda Dallimonti.

    3.    "You or anyone acting on your behalf" includes you, your agents, your employees, your insurance companies, their agents, their employees, your attorneys, your accountants, your investigators, and anyone else acting on your behalf.

    4.    "Relating to" means constituting, referring to, evidencing, reflecting or concerning.

    5.    "Communication" means any written letter, memorandum, note, email, recording, or other transmission of information from one person or entity to another, including, without limitation, by personal meeting, telephone, radio, telegraph, electronic mail, or teleconference, whether or not pre-arranged, formal or informal.

Defendant is notified that at the commencement of trial of this case Plaintiff will ask the Court for an order precluding Defendant from introducing into evidence or revealing to the jury any document, information or other evidence that was in the possession of Defendant or under the control of Defendant as of the date of Defendant's response to this request for production of documents, was reasonably called for in response to one or more of the requests in this request for production of documents, and was not produced in Defendant's responses to this request for production of documents.

///

**DOCUMENTS REQUESTED**

1. Each and every document identified in response to Interrogatory Number Three served on Defendant on April 1, 2008.

Dated: April 1, 2008

GEARINGER LAW GROUP

By: /s/ Brian Gearinger
BRIAN GEARINGER

Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

# PROOF OF SERVICE

I, Brian Gearinger, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. My business address is 825 Van Ness Avenue, 4th Floor, San Francisco, California.

On April 1, 2008, I served the attached:

**PLAINTIFF MICHAEL TOSCHI'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT COUNTY OF SAN MATEO, SET NUMBER ONE**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

**Defendants DON DALLIMONTI and RHONDA DALLIMONTI**

Lisa Jeong Cummins, Esq.
Campbell, Warburton, Fitzsimmons,
Smith, Mendell & Pastore
64 West Santa Clara Street
San Jose CA  95113-1806

**Defendants COUNTY OF SAN MATEO, NEIL CULLEN, BRIAN LEE and DAVID WEIDNER**

Michael P. Murphy, County Counsel
V. Raymond Swope III, Deputy
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City CA  94063

**Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI**

John Houston Scott, Esq.
Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco CA  94109

and served the named document in the manner indicated below:

☐ **BY MAIL**: I caused true and correct copies of the above document(s) to be served by mail on the above date by personally placing and sealing said document(s) in an envelope or package suitable for mailing, addressed to the addressee(s) and including this firm's return address, and then, following ordinary office practice, placing said sealed envelope in the office's usual location for collection and mailing with the United States Postal Service.

☒ **BY HAND DELIVERY**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package suitable for handling by a messenger or courier service and then caused the package to be hand-delivered by a same-day messenger service to the addressee(s) on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 1, 2008, at San Francisco, California.

_____
BRIAN GEARINGER