# EXHIBIT E

```
MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile:  (650) 363-4034
E-mail: rswope@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO,
NEIL CULLEN, BRIAN LEE
and DAVID WEIDNER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, AND TRACY TOSCHI<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**DEFENDANT COUNTY OF SAN MATEO'S RESPONSE TO PLAINTIFF MICHAEL TOSCHI'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** |

PROPOUNDING PARTY:   Plaintiff Michael Toschi

RESPONDING PARTY:    Defendant County of San Mateo

SET NUMBER:          One

## GENERAL STATEMENTS AND OBJECTIONS

1.  Responding Party has not completed discovery, the investigation of the facts, witnesses, or documents, the analysis of available information, or the preparation for trial in this case. Responding Party reserves the right to supplement or amend these responses in the event that any facts, documents, or other evidence may be subsequently discovered.

Case No. C-07-3625 MMC

2. These responses are made without prejudice to Responding Party's right to introduce facts, documents, witnesses, or other evidence that may be subsequently discovered.

3. These responses are made without prejudice to Responding Party's right to supplement or amend these responses in the vent that any information previously available to Respond Party may have been omitted by oversight, inadvertence, or good faith error or mistake.

4. Except for the facts explicitly stated herein, no incidental or implied admissions are intended.

5. Responding Party expressly reserves:

    5.1 All objections regarding the competency, relevance, materiality, probative value and admissibility of all information provided, documents produced and the contents thereof;

    5.2 All objections as to vagueness, ambiguity, unintelligibility and over breadth

6. Nothing herein shall be construed as an admission by Responding Party regarding the admissibility or relevance of any fact or document or of the truth or accuracy of any characterization contained in Propounding Party's interrogatories.

7. These responses are signed by counsel only as to the objections set forth in the responses. Responding Party specifically claims the attorney-client privilege and/or the attorney-work product privilege as to each and every response set forth herein.

8. The fact that part or all of any discovery request has been answered should not be construed to be a waiver of any objection any discovery request.

Respondent Party responds to each and every discovery request subject to the foregoing, and each of the foregoing statements and objections is incorporated by reference into each of the following responses:

Pursuant to the Federal Rules of Civil Procedure Rule 34(b)(2), responding party, COUNTY OF SAN MATEO further responds to Plaintiff's First Request for Production of Documents served by Mail on April 1, 2008, as follows:

///

///

Case No. C-07-3625 MMC     2
DEFENDANT COUNTY OF SAN MATEO'S RESPONSE TO PLTF'S REQUEST FOR DOCUMENTS SET

REQUEST NO. 1:

Each and every document identified in response to Interrogatory Number Three served on Defendant on April 1, 2008.

RESPONSE TO REQUEST NO. 1:

Defendant objects to this request as overbroad and burdensome, as it seeks documents including privileged and confidential documents protected by the attorney-client privilege and the attorney work product doctrine. Without waiving the foregoing objections, defendant will produce and herewith produces the non-privileged, non-objectional documents responsive to this request as identified in defendant's response to Interrogatory Number Three served on April 1, 2008 as follows:

1. "Emerald Lake Hills Area of Park Road and Woodland Place" color topographical map.
2. Declaration of Mark Marelich in Support of County of San Mateo's Opposition to Plaintiffs' Motion for Injunctive Relief.
3. Deposition Transcript of Mark Marelich dated March 3, 2008.
4. Deposition Transcript of Joe Costa dated March 4, 2008.
5. Deposition Transcript of Lisa Ekers, Volume I, dated March 5, 2008.
6. Deposition Transcript of Don Dallimonti dated April 16, 2008.
7. Deposition Transcript of Tsutomu Imamura dated April 10, 2008.
8. Document No. "County of San Mateo 008," attached to Defendants County of San Mateo, Neil Cullen, Brian Lee and David Weidner's FRCP Rule26 Disclosures.
9. Document No. "County of San Mateo 019," attached to Defendants County of San Mateo, Neil Cullen, Brian Lee and David Weidner's FRCP Rule26 Disclosures.
10. Document No. "County of San Mateo 020," attached to Defendants County of San Mateo, Neil Cullen, Brian Lee and David Weidner's FRCP Rule26 Disclosures.
11. Document No. "County of San Mateo 115 and 116," attached to Defendants County of San Mateo, Neil Cullen, Brian Lee and David Weidner's FRCP Rule26 Disclosures.
12. Document No. "County of San Mateo 120," attached to Defendants County of San Mateo, Neil Cullen, Brian Lee and David Weidner's FRCP Rule26 Disclosures.

Dated: April 25, 2008

Respectfully submitted,

MICHAEL P. MURPHY, COUNTY COUNSEL

By: /s/ V. Raymond Swope III
V. Raymond Swope III, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO, NEIL CULLEN,
BRIAN LEE and DAVID WEIDNER

L:\LITIGATE\T_CASES\Toschi\Discovery\County Resp to MToschi doc request1.doc

# PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On April 30, 2008, I served the following document(s):

**DEFENDANT COUNTY OF SAN MATEO'S RESPONSE TO PLAINTIFF MICHAEL TOSCHI'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY OVERNIGHT DELIVERY) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[ ] (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address shown below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (BY FACSIMILE TRANSMISSION) by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
SUBIDRA WARAN

Toschi et al., v. County of San Mateo et al., - C-07-3625 MMC

## SERVICE LIST

**Brian Gearinger**
Gearinger Law Group
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109
415-440-3175
Fax: 415-440-3103
Email: brian@gearingerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Houston Scott**
**Lizabeth N. de Vries**
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109
415-561-9600
Fax: 415-561-9609
Email: tposey@lawjhs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa J. Cummins**
**J. Michael Fitzsimmons**
Campbell Warburton Fitzsimmons et al
64 W. Santa Clara Street
San Jose, CA 95113
408-295-7701
Fax: 408-295-1423
Email: lcummins@campbellwarburton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTORNEYS FOR PLAINTIFFS:
*Michael & Tracy Toschi*

ATTORNEYS FOR DEFENDANTS:
Don & Rhonda Dillamonti

L:\LITIGATE\T_CASES\Toschi\Pleadings\Master Pos sw.doc