# EXHIBIT K

**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3175

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**PLAINTIFFS' SPECIAL INTERROGATORIES TO DEFENDANT COUNTY OF SAN MATEO, SET ONE** |

**PROPOUNDING PARTY:** Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

**RESPONDING PARTY:** Defendant COUNTY OF SAN MATEO

**SET NO.:** ONE

SPECIAL INTERROGATORIES TO COUNTY OF SAN MATEO,   1
SET ONE

TO DEFENDANT COUNTY OF SAN MATEO AND ITS ATTORNEYS OF RECORD:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI requests that Defendant COUNTY OF SAN MATEO answer the following special interrogatories within 30 days of service hereof.

In answering these interrogatories, you are required to furnish all information that is available to you, or subject to your reasonable inquiry, including information in the possession of your attorneys, accountants, advisors or other persons directly or indirectly employed by, or connected with you or your attorneys, and anyone else otherwise subject to your control.

In answering these interrogatories, you must make a diligent search of your records and other papers and materials in your possession or available to you or your representatives. If an interrogatory has subparts, answer each subpart separately and in full, and do not limit your answer to the interrogatory as a whole. If these interrogatories cannot be answered in full, answer to the extent possible, specifying the reason for your inability to answer the remainder and state whatever information and knowledge you have regarding the unanswered portion. With respect to each interrogatory, in addition to supplying the information asked for and identifying the specific documents referred to, identify and describe all documents to which you referred in preparing your answers.

Please state reasons for all answers, and do not give single word answers. Where your investigation is incomplete, please give all information known as of the date of signing your answers.

//

//

//

SPECIAL INTERROGATORIES TO COUNTY OF SAN MATEO,   2
SET ONE

## SPECIAL INTERROGATORIES

**INTERROGATORY NO. 1:**

As to each Request for Admission to which you did not give an unqualified admission please state all facts which support your denial or qualified admission.

**INTERROGATORY NO. 2:**

As to each Request for Admission for which you did not give an unqualified admission please identify all witnesses who are able to support your denial or qualified admission.

**INTERROGATORY NO. 3:**

As to each Request for Admission for which you did not give an unqualified admission please identify all documents which support your denial or qualified admission.

**INTERROGATORY NO. 4:**

Who was/were the final decision maker(s) for the County of San Mateo regarding the paving of the swale on December 4, 2006 directing water from Park Road onto the Plaintiffs' property?

DATED: May 7, 2008

                                                      **SCOTT LAW FIRM**

By: _____
JOHN HOUSTON SCOTT
Attorney for Plaintiff

SPECIAL INTERROGATORIES TO COUNTY OF SAN MATEO,   3
SET ONE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1375 Sutter Street, Suite 222, San Francisco, California, 94109. On May 7, 2008, I served the within document(s):

**PLAINTIFFS' SPECIAL INTERROGATORIES TO DEFENDANT COUNTY OF SAN MATEO, SET ONE**

**BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X  **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

**BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

| Attorneys for Don Dallimonti and Rhonda Dallimonti, | Attorneys for County of San Mateo, |
|---|---|
| J. Michael Fitzsimmons<br>Lisa Jeong Cummins<br>CAMPBELL, WARBURTON, FITZSIMMONS, SMITH MENDELL & PASTORE<br>64 West Santa Clara Street<br>San Jose, CA 95113-1806<br>Fax: (408) 295-1423 | Virgil Raymond Swope, III<br>OFFICE OF COUNTY COUNSEL<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Fax: (650) 363-4034 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 7, 2008, at San Francisco, California.

*Tiffany S. Posey*
TIFFANY S. POSEY