# EXHIBIT L

MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4759
Facsimile:  (650) 363-4034
E-mail:  rswope@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO,
NEIL CULLEN, BRIAN LEE
and DAVID WEIDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, AND TRACY TOSCHI<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**DEFENDANT COUNTY OF SAN MATEO'S ANSWERS TO PLAINTIFFS MICHAEL TOSCHI AND TRACY TOSCHI'S SPECIAL INTERROGATORIES, SET ONE** |

PROPOUNDING PARTY:   Plaintiffs Michael Toschi and Tracy Toschi

RESPONDING PARTY:   Defendant County of San Mateo

SET NUMBER:   One

## GENERAL STATEMENTS AND OBJECTIONS

1.   Responding Party has not completed discovery, the investigation of the facts, witnesses, or documents, the analysis of available information, or the preparation for trial in this case. Responding Party reserves the right to supplement or amend these responses in the event that any facts, documents, or other evidence may be subsequently discovered.

2.  These responses are made without prejudice to Responding Party's right to introduce facts, documents, witnesses, or other evidence that may be subsequently discovered.

3.  These responses are made without prejudice to Responding Party's right to supplement or amend these responses in the vent that any information previously available to Respond Party may have been omitted by oversight, inadvertence, or good faith error or mistake.

4.  Except for the facts explicitly stated herein, no incidental or implied admissions are intended.

5.  Responding Party expressly reserves:

   5.1  All objections regarding the competency, relevance, materiality, probative value and admissibility of all information provided, documents produced and the contents thereof;

   5.2  All objections as to vagueness, ambiguity, unintelligibility and overbreadth.

6.  Nothing herein shall be construed as an admission by Responding Party regarding the admissibility or relevance of any fact or document or of the truth or accuracy of any characterization contained in Propounding Party's interrogatories.

7.  These responses are signed by counsel only as to the objections set forth in the responses. Responding Party specifically claims the attorney-client privilege and/or the attorney-work product privilege as to each and every response set forth herein.

8.  The fact that part or all of any discovery request has been answered should not be construed to be a waiver of any objection any discovery request.

Respondent Party responds to each and every discovery request subject to the foregoing, and each of the foregoing statements and objections is incorporated by reference into each of the following responses:

Pursuant to the Federal Rules of Civil Procedure Rule 33(b), responding party, COUNTY OF SAN MATEO further responds to Plaintiff's First Set of Interrogatories served by Mail on May 7, 2008, as follows:

///

///

INTERROGATORY NO. 1:

As to each Request for Admission to which you did not give an unqualified admission please state all facts which support your denial or qualified admission.

DEFENDANT'S ANSWER TO INTERROGATORY NO. 1:

As to the Respondent County of San Mateo's Responses to Request for Admission numbers 2, 3 and 5, the County of San Mateo paved the swale on December 4, 2006 consistent with the pre-existing drainage pattern along the Southerly portion of 2511 Park Road.

As to Defendant County of San Mateo's Responses to Request for Admission No. 1, the Department of Public Works follows historic drainage in the absence of a major drainage capital public improvement project.

As the Defendant County of San Mateo's responses to the Request for Admissions Nos. 4, 6, 7, 8, 9 and 10, Defendant Neil Cullen was the final decision maker regarding the December 4, 2006 paving of the swale that maintained the drainage pattern on the Southerly portion of 2511 Park Road.

INTERROGATORY NO. 2:

As to each Request for Admission for which you did not give an unqualified admission please identify all witnesses who are able to support your denial or qualified admission.

DEFENDANT'S ANSWER TO INTERROGATORY NO. 2:

Neil R. Cullen and David R. Clarke (See Rule 26 disclosure, page 97 e-mail) as to Request for Admission Nos. 2, 3, 4, 5, 6, 7, 8, 9, and 10.

As to Request for Admission No. 1, Mark Marelich and Tom Davenport.

INTERROGATORY NO. 3:

As to each Request for Admission for which you did not give an unqualified admission please identify all documents which support your denial or qualified admission.

DEFENDANT'S ANSWER TO INTERROGATORY NO. 3:

Defendant objects to this Interrogatory as overbroad, burdensome and oppressive as it seeks the identification of hundreds or thousands of documents requiring thousands of hours to examine 15 years of public and private projects.

///

1  INTERROGATORY NO. 4:

2  Who was/were the final decision maker(s) for the County of San Mateo regarding the paving of

3  the swale on December 4, 2006 directing water from Park Road onto the Plaintiffs' property?

4  DEFENDANT'S ANSWER TO INTERROGATORY NO. 4:

5  Neil Cullen was the final decision maker for the County of San Mateo regarding the December 4,

6  2006 paving of the swale that maintained the drainage pattern along the Southerly portion of 2511 Park

7  Road. See Rule 26 disclosure, page 97.

9  Dated: June 23, 2008                                MICHAEL P. MURPHY, COUNTY COUNSEL

11                                                     By: _____
12                                                         V. Raymond Swope III, Deputy

13                                                     Attorneys for Defendants
                                                       COUNTY OF SAN MATEO, NEIL CULLEN,
14                                                     BRIAN LEE and DAVID WEIDNER

18  L:\LITIGATE\T_CASES\Toschi\Discovery\County Ans to M & T Toschi Rogs 1.doc

Case No. C-07-3625 MMC                    4
DEFENDANT COUNTY OF SAN MATEO'S ANSWERS TO PLAINTIFFS MICHAEL TOSCHI AND
TRACY TOSCHI'S SPECIAL INTERROGATORIES, SET ONE

## PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On June 23, 2008, I served the following document(s):

**DEFENDANT COUNTY OF SAN MATEO'S ANSWERS TO PLAINTIFFS MICHAEL TOSCHI AND TRACY TOSCHI'S SPECIAL INTERROGATORIES, SET ONE**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] **(BY U.S. MAIL)** by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] **(BY OVERNIGHT DELIVERY)** by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[ ] **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address shown below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **(BY FACSIMILE TRANSMISSION)** by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
SUBIDRA WARAN

---

PROOF OF SERVICE

Toschi et al., v. County of San Mateo et al., - C-07-3625 MMC

## SERVICE LIST

**Brian Gearinger**
Gearinger Law Group
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109
415-440-3175
Fax: 415-440-3103
Email: brian@gearingerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTORNEYS FOR PLAINTIFFS:
*Michael & Tracy Toschi*

**John Houston Scott**
**Lizabeth N. de Vries**
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109
415-561-9600
Fax: 415-561-9609
Email: tposey@lawjhs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa J. Cummins**
**J. Michael Fitzsimmons**
Campbell Warburton Fitzsimmons et al
64 W. Santa Clara Street
San Jose, CA 95113
408-295-7701
Fax: 408-295-1423
Email: lcummins@campbellwarburton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ATTORNEYS FOR DEFENDANTS:
Don & Rhonda Dillamonti

L:\LITIGATE\T_CASES\Toschi\Pleadings\Master Pos sw.doc