# EXHIBIT M

# GEARINGER
# LAW GROUP

**VIA U.S. MAIL AND FACSIMILE:** [(650) 363-4034]

August 25, 2008

V. Raymond Swope III
Deputy County Counsel
Hall of Justice and Records
400 County Center, Sixth Floor
Redwood City CA 94063-1662

      Re: *Michael Toschi and Tracy Toschi v. County of San Mateo, et al.*
           United States District Court Case Number C 07-3625
           Trial Date: **May 11, 2009**

Dear Mr. Swope:

      We reviewed Defendant County of San Mateo's Response to Plaintiffs' Special Interrogatories, Set Number One. This letter is intended to satisfy the "meet and confer" requirements of Federal Rule of Civil Procedure 37 and Local Rule 37-1. Defendant's improper discovery response is discussed in detail below. Please be advised that if Defendant does not serve a proper response and verifications by **Friday, August 29**, then Plaintiffs will have no alternative but to file a motion to compel and seek appropriate sanctions. We welcome the opportunity to discuss any questions that you may have regarding this letter. Plaintiffs simply want Defendant to serve proper responses that comply with Federal Rule of Civil Procedure 33.

INTERROGATORY NUMBER 3:

      As to each Request for Admission for which you did not give an unqualified admission please identify all documents which support your denial or qualified admission.

DEFENDANT'S RESPONSE TO INTERROGATORY NUMBER 3:

      Defendant objects to this interrogatory as overbroad, burdensome and oppressive as it seeks the identification of hundreds of thousands of documents requiring thousands of hours to examine 15 years of public and private projects.

      Preliminarily, Defendant's response appears to pertain only to Request for Admission Number One ["Admit that in the last fifteen (15) years agents and employees of the Department of Public Works have not directed storm run-off water from a public road onto private property."]. Pursuant to Federal Rule of Civil Procedure 33(b)(1)(B), Defendant "must furnish the information *available* to the party." (Italics added.) At a minimum, Defendant must provide documents from at least one instance that Defendant "directed storm run-off water from a public road onto private property."

Further, Defendant cannot simply hide behind an objection that the request is "overbroad, burdensome and oppressive", especially in light of its contention that "the Department of Public Works follows historic drainage in the absence of a major drainage capital public improvement project." See Defendant's Response to Request for Admission Number One.

Finally, please provide verifications by **Friday, August 29** to the three sets of interrogatories served on April 1, May 7 and June 9. F.R.C.P. 33(b)(3).

We trust that it will not take a motion to compel in order to obtain a proper response and verifications from Defendant.

Very truly yours,

Brian Gearinger

cc: John Houston Scott, Esq. (via U.S. Mail)

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time    Destination                Duration P.#    Result    Mode
840 AUG-25  13:03  650 363 4034                0'00'21" 003    OK        N   ECM
```



# FACSIMILE COVER SHEET

Date: August 25, 2008

To: V. Raymond Swope III, Esq.
Deputy County Counsel

Addressee's fax number: (650) 363-4034

From: Brian Gearinger

Re: *Michael Toschi and Tracy Toschi v. County of San Mateo, et al.*
United States District Court Case Number C 07-3625
Trial Date: **May 11, 2009**

Number of pages (including this cover sheet): 3

Message: **Please see the attached August 25, 2008 correspondence.**

PLEASE NOTE: The information contained in this facsimile transmission is intended for the stated recipient of the transmission only and may contain information that is confidential, privileged or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that any dissemination, distribution or copying of the information contained in this facsimile transmission is prohibited. You are further asked to notify us of the error as soon as possible at the telephone number shown below and to return the facsimile documents to us immediately by mail at the address shown below. Thank you for your cooperation.