# EXHIBIT N

# Brian Gearinger

**From:** Brian Gearinger
**Sent:** Wednesday, September 03, 2008 12:31 PM
**To:** 'Raymond Swope'
**Cc:** john@scottlawfirm.net
**Subject:** Toschi v. County of San Mateo

Raymond,

As you know, I have sent you "meet and confer" letters regarding the County's improper responses to Request for Production, Sets Numbers One, Two and Three and Interrogatories, Set Number One. You have responded by letter stating in essence that the County stands by its responses.

I intended to speak with you in person regarding these issues at the deposition scheduled for today; however, your office cancelled the deposition yesterday afternoon. As a result, I would like to schedule a telephone conference with you no later than 5:00p tomorrow (Thursday). If the County's position is that it will not provide further responses as requested in my meet and confer letters, then simply indicate as such by email.

In any event, due to the upcoming non-expert discovery cutoff, we must file a motion to compel this Friday, September 5.



GEARINGER
LAW GROUP

Brian Gearinger, Esq.
825 Van Ness Avenue 4th Floor
San Francisco, California 94109
415.440.3175 Direct Line
brian@gearingerlaw.com
www.gearingerlaw.com

This email may contain privileged or confidential information and is for the sole use of the intended recipients. Any disclosure, copying, distribution, or use of this information by an unintended recipient is prohibited and may be unlawful. Pursuant to *Rice v. Mitsubishi Motors* (2007) 42 Cal.4th 807, an unintended recipient may only read as much as is necessary to determine the information is privileged. If you received this email in error, please reply immediately to notify the sender, and delete this entire email including all attachments. Thank you.

9/4/2008