# EXHIBIT O

**Brian Gearinger**

---

| | |
|---|---|
| **From:** | Raymond Swope [rswope@co.sanmateo.ca.us] |
| **Sent:** | Wednesday, September 03, 2008 2:16 PM |
| **To:** | Brian Gearinger |
| **Cc:** | Carol Woodward |
| **Subject:** | Re: Toschi v. County of San Mateo |

Brian:

I am working on responses at present, as there was a project discovered in response to the combination request for production and related interrogatories. I am at juvenile court in San Mateo at the present time, so I cannot give you specifics. In any event, some further responses are forthcoming. You have also made no effort to come and inspect the 10,000- plus documents responsive to your requests, which will answer most of your questions if you just take the initiative to come and review them.


On another matter, you and Mr. Scott have not reciprocated in the manner in which you have responded to the County's discovery. review your response to the requests for production of documents and you will see what I mean.

Further, I believe you and Mr. Scott have made a mistake regarding our right to inspect the newly fallen trees. If you are attributing the latest tree failures to the County, then the County has the right to perform its independent evaluation to determine causation. Setting time limit restrictions on what my expert would be allowed to do in relation to these recent tree collapse events is unreasonable, unprincipled and unconscionable. It certainly gives the appearance that you have something to hide. You and Mr. Scott do not have a leg to stand on.



V. Raymond Swope III
Deputy County Counsel
Office of the County Counsel
County of San Mateo
400 County Center, Sixth Floor
Redwood City, California 94063
tel:(650) 363-4759
fax:(650) 363-4034
rswope@co.sanmateo.ca.us

>>> "Brian Gearinger" <brian@gearingerlaw.com> 9/3/2008 12:31 PM >>>
Raymond,

As you know, I have sent you "meet and confer" letters regarding the County's improper responses to Request for Production, Sets Numbers One, Two and Three and Interrogatories, Set Number One.  You have responded by letter stating in essence that the County stands by its responses.

I intended to speak with you in person regarding these issues at the deposition scheduled for today; however, your office cancelled the deposition yesterday afternoon.  As a result, I would like to schedule a telephone conference with you no later than 5:00p tomorrow (Thursday).  If the County's position is that it will not provide further responses as requested in my meet and confer letters, then simply indicate as such by email.

In any event, due to the upcoming non-expert discovery cutoff, we must file a motion to compel this Friday, September 5.

[cid:image001.jpg@01C90DC0.F5B17720]

1