# EXHIBIT P

# GEARINGER
## LAW GROUP

**VIA FACSIMILE AND U.S. MAIL:**   [(650) 363-4034]

September 4, 2008

V. Raymond Swope III
Deputy County Counsel
Hall of Justice and Records
400 County Center, Sixth Floor
Redwood City CA 94063-1662

      Re:    *Michael Toschi and Tracy Toschi v. County of San Mateo, et al.*
            United States District Court Case Number C 07-3625
            Trial Date: **May 11, 2009**

Dear Mr. Swope:

    We received your email yesterday of 2:16pm in which you state in pertinent part:

> I am working on responses at present, as there was a project discovered in response to the combination request for production and related interrogatories. I am at juvenile court in San Mateo at the present time, so I cannot give you specifics. In any event, some further responses are forthcoming.

    We note that the timing of the County's change of position is curious at best. Starting with our August 15 letter, we have attempted to meet and confer regarding the County's inadequate discovery responses. Your August 21 and 22 letters indicated that in essence that the County stands by its responses. Yesterday, we sent you an email at 12:31pm that provided in pertinent part:

> I would like to schedule a telephone conference with you no later than 5:00p tomorrow (Thursday). If the County's position is that it will not provide further responses as requested in my meet and confer letters, then simply indicate as such by email.
>
> In any event, due to the upcoming non-expert discovery cutoff, we must file a motion to compel this Friday, September 5.

    In light of the above sequence of events, the County's offer to provide "some further responses" without any "specifics" is disingenuous. Our efforts to meet and confer in good faith regarding the County's improper discovery responses have been met with only stonewalling.

     As a result, we reluctantly conclude that it will be necessary to file a motion to compel. Nevertheless, we remain willing to meet and confer by telephone or in person at any time and, to the extent that we resolve issues, then we will withdraw such issues from our motion.

                                    Very truly yours,

                                      Brian Gearinger

cc:    John Houston Scott, Esq. (via email)

```
Transaction Report

Send
Transaction(s) completed

No. TX Date/Time    Destination              Duration P.#    Result    Mode
848 SEP-04   07:31  650 363 4034             0°00'18" 003    OK        N  ECM
```



# FACSIMILE COVER SHEET

Date: September 4, 2008

To: V. Raymond Swope III, Esq.
    Deputy County Counsel

Addressee's fax number: (650) 363-4034

From: Brian Gearinger

Re: *Michael Toschi and Tracy Toschi v. County of San Mateo, et al.*
    United States District Court Case Number C 07-3625
    Trial Date: **May 11, 2009**

Number of pages (including this cover sheet): 3

Message: **Please see the attached September 4, 2008 correspondence regarding Plaintiffs' motion to compel.**

PLEASE NOTE: The information contained in this facsimile transmission is intended for the stated recipient of the transmission only and may contain information that is confidential, privileged or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that any dissemination, distribution or copying of the information contained in this facsimile transmission is prohibited. You are further asked to notify us of the error as soon as possible at the telephone number shown below and to return the facsimile documents to us immediately by mail at the address shown below. Thank you for your cooperation.