1  |  **SCOTT LAW FIRM**
2  |  1375 Sutter Street, Suite 222
3  |  SAN FRANCISCO, CALIFORNIA
4  |  94109-7837
5  |  (415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)

Attorneys for Plaintiff MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL TOSCHI, and TRACY TOSCHI, | Case No. C-07-3625 MMC |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFFS MICHAEL TOSCHI AND TRACY TOSCHI FOR ORDER COMPELLING FURTHER DISCOVERY RESPONSES BY DEFENDANT COUNTY OF SAN MATEO AND REQUEST FOR MONETARY SANCTION AGAINST DEFENDANT COUNTY OF SAN MATEO** |
| vs. | |
| COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | Date: October 10, 2008<br>Time: 9:00 a.m.<br>**Place:** Courtroom 7, 19th Floor<br>**Judge:** The Hon. Maxine M. Chesney, presiding |
|  | Date Action Filed: July 13, 2007<br>Trial Date: **May 11, 2009** |

The motion of Plaintiffs Michael Toschi and Tracy Toschi (the "Toschis") for an order compelling Defendant County of San Mateo (the "County") to provide proper responses to four

ORDER GRANTING MOTION TO COMPEL/MONETARY SANCTION AGAINST COUNTY OF SAN MATEO        1        U.S. DISTRICT COURT CASE NO. C-07-3625 MMC

separate discovery requests and for the Toschis' attorneys' fees in making this motion came on regularly for hearing at 9:00 a.m. on Friday, October 10, 2008, in Courtroom Seven, 19th Floor, of the above-captioned Court before the Honorable Maxine M. Chesney, presiding.  John H. Scott of the Scott Law Firm and Brian Gearinger of Gearinger Law Group appeared on behalf of the Toschis.  V. Raymond Swope, III appeared on behalf of the County.

The Court, having considered the papers submitted by the parties and the arguments of counsel, and good cause appearing therefore, hereby GRANTS the Toschis' motion to compel and request for monetary sanction in its entirety.  Specifically, the Court orders as follows:

1.  The County must provide a proper response to Plaintiffs' Request for Production, Set Number One;

2.  The County must provide a proper response to Plaintiffs' Request for Production, Set Number Two;

3.  The County must provide a proper response to Plaintiffs' Request for Production, Set Number Three;

4.  The County must provide a proper response to Plaintiffs' Interrogatories, Set Number One; and

5.  The County must pay the Toschis' $2,200 in attorneys' fees, which represents the Toschis' expenses incurred in bringing the motion.

Dated:  October ___, 2008

By:_____
        The Honorable Maxine M. Chesney
        JUDGE OF THE DISTRICT COURT