IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TOSCHI et al.,

    Plaintiffs,

    v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

No. C 07-3625 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion for Order Compelling Further Discovery Responses by Defendant County of San Mateo of Plaintiffs Michael Toschi and Tracy Toschi and Request for Monetary Sanction against Defendant County of San Mateo," filed September 4, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED**.

Dated: September 5, 2008

                                    MAXINE M. CHESNEY
                                    United States District Judge

---

[1] The October 10, 2008 hearing date before the undersigned is vacated.