**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)

Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC (EDL)<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR ORDER COMPELLING FURTHER DISCOVERY RESPONSES**<br><br>Date Action Filed:   July 13, 2007<br>Trial Date:   **May 11, 2009** |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL     1     U.S. DISTRICT COURT CASE NO. C-07-3625

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT plaintiffs MICHAEL TOSCHI and TRACY TOSCHI hereby withdraw their motion for order compelling further discovery responses currently scheduled for hearing on October 17, 2008 before Magistrate Judge Elizabeth D. Laporte.

Dated:  September 12, 2008

SCOTT LAW FIRM

By: _____/s/ John H. Scott_____
JOHN HOUSTON SCOTT,
Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI