# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-03625JCS**

**CASE NAME:   MICHAEL TOSCHI v. COUNTY OF SAN MATEO**

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY**: Frank Justiliano

**DATE**: September 15, 2008    **TIME**: 9:30 a.m. - 12:30 p.m.    **COURT REPORTER**: None

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Brian Gearinger | Janine Keller |
| R. Stephen LaRoe | V. Raymond Swope |
| John Houston | Lisa Jeong Cummins |

**OTHER PROCEEDINGS:**                                      **RULING:**

1. Settlement Conference                                    Held.

_____

**ORDERED AFTER HEARING:**

After some discussions No settlement reached.   Parties invited to contact the Court for further discussions.

_____

**cc:**    Chambers; Karen