```
MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: V. Raymond Swope III, Deputy (SBN 135909)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4759
Facsimile:   (650) 363-4034
E-mail:  rswope@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, NEIL CULLEN,
BRIAN LEE, and DAVID WEIDNER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, AND TRACY TOSCHI<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) AND (PROPOSED) ORDER DISMISSING ACTION AS TO BRIAN LEE AND NEIL CULLEN** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that DEFENDANTS NEIL CULLEN and BRIAN LEE are hereby DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1).  Each party will bear their own costs and attorneys' fees.  Counsel for Plaintiffs represents he has authority from Plaintiffs to enter into this Stipulation.

///
///
///
///
///
///

CASE NO. C-07-3625 MMC

STIPULATION OF F.R.C.P. 41(a)(1) DISMISSAL

| | |
|---|---|
| Dated: 10/7/08 | Dated: 10/7/08 |
| Respectfully submitted, | Respectfully submitted, |
| SCOTT LAW FIRM | GEARINGER LAW GROUP |
| By: /s/ John Houston Scott | By: /s/ Brian Gearinger |
| JOHN HOUSTON SCOTT | BRIAN GEARINGER |
| | Attorneys for Plaintiffs<br>MICHAEL TOSCHI and TRACY TOSCHI |

Dated: September 4, 2008

Respectfully submitted,

MICHAEL P. MURPHY, COUNTY COUNSEL

By: /s/ V. Raymond Swope III
V. RAYMOND SWOPE III, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO, NEIL CULLEN,
BRIAN LEE, and DAVID WEIDNER

## ORDER

Based upon the foregoing Stipulation for Dismissal pursuant to F.R.C.P. 41(a)(1), and good cause appearing, **IT IS SO ORDERED THAT DEFENDANTS NEIL CULLEN AND BRIAN LEE ARE DISMISSED WITH PREJUDICE WITH EACH PARTY TO BEAR ITS OWN COSTS AND ATTORNEY'S FEES.**

Dated: October 8, 2008

/s/ Maxine M. Chesney
HONORABLE MAXINE M. CHESNEY
United States District Judge