IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TOSCHI, et al.,

    Plaintiffs,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.
_____/

No. C 07-3625 MMC

**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATION**

    Before the Court is defendant County of San Mateo's ("County") "Administrative Motion to Exceed the Page Limitation for Forthcoming Dispositive Motions," filed January 13, 2009. Plaintiffs have filed opposition. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the County has failed to demonstrate good cause for the relief requested. In particular, although the County asserts the instant action is "complicated" (see Mot. at 2:9), the County has failed to show that the effective briefing of any specific factual or legal issue requires an exception to the otherwise applicable page limitations.

    Accordingly, the motion is hereby DENIED.

    **IT IS SO ORDERED**.

Dated: January 21, 2009



MAXINE M. CHESNEY
United States District Judge