IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | No. C 07-3625 MMC |
|     Plaintiffs, | **ORDER REFERRING TO MAGISTRATE JUDGE LAPORTE PLAINTIFFS' MOTION FOR ORDER SANCTIONING DEFENDANT** |
|   v. | |
| COUNTY OF SAN MATEO, et al., | |
|     Defendants. | |

    Pursuant to Civil Local Rule 72-1, the "Motion of Plaintiffs Michael Toschi and Tracy Toschi for Order Sanctioning Defendant County of San Mateo, including a Monetary Sanction, for Failing to Obey the Court's Pretrial Order," filed January 16, 2009, is hereby REFERRED to Magistrate Judge Elizabeth D. Laporte, to whom all discovery matters previously were referred, for resolution and, if appropriate, a Report and Recommendation.

    The parties will be advised of the next appearance, if any, by Judge Laporte's chambers.

    **IT IS SO ORDERED**.

Dated: January 22, 2009

MAXINE M. CHESNEY
United States District Judge