IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL TOSCHI, et al.,

    Plaintiffs,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

No. C-07-3625 MMC

**ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT DALLIMONTIS' LATE-FILED PAPERS; DENYING PLAINTIFFS' MOTION TO EXCLUDE DALLIMONTIS' DECLARATION OF ERRATA**

    Before the Court are plaintiffs' "Motion for Administrative Relief to Exclude Defendant Dallimontis Late-Filed Papers," filed February 4, 2009, and plaintiffs' "Motion for Administrative Relief to Exclude Dallimontis Declaration of Errata," filed February 6, 2009. Defendants Don Dallimonti and Rhonda Dallimonti have filed opposition to each motion.

    Having read and considered the papers filed in support of and in opposition to the motions, the Court finds that, in each instance, plaintiffs have failed to show good cause for the relief requested. In particular, plaintiffs have failed to demonstrate they have been prejudiced by the timing of the filings at issue. See, e.g., Barefield v. Bd. of Trs. of Cal. State Univ., 500 F. Supp. 2d 1244, 1264 n.9 (E.D. Cal. 2007) (overruling objection to untimely filing because objecting party "suffer[ed] no prejudice").

    Accordingly, the motions are hereby DENIED.

    **IT IS SO ORDERED.**

Dated: February 12, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge