**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | No. C-07-3625 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT RHONDA DALLIMONTI** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

Before the Court are plaintiffs' "Motion for Partial Summary Judgment as to Defendant Rhonda Dallimonti's Violation of 42 U.S.C. § 1983–Conspiracy to Retaliate in Violation of the First Amendment," filed January 16, 2009 and noticed for hearing February 20, 2009, plaintiffs' "Motion for Partial Summary Judgment as to Defendant County of San Mateo's Liability for Inverse Condemnation and Equal Protection Violation," filed January 30, 2009 and noticed for hearing March 6, 2009, defendants County of San Mateo, Mark Marelich, Joe Costa, and David Weidner's "Motion for Summary Adjudication of Claims and Issues," filed January 30, 2009 and noticed for hearing March 6, 2009, and defendants Don Dallimonti and Rhonda Dallimonti's (collectively, "Dallimontis") "Motion for Summary Judgment," filed January 30, 2009 and noticed for hearing March 6, 2009.

Because plaintiffs' motion for summary judgment as to Rhonda Dallimonti and the Dallimontis motion for summary judgment raise, in part, similar issues, the Court, in the

interest of judicial economy, hereby CONTINUES the hearing on plaintiffs' motion for summary judgment as to Rhonda Dallimonti to March 6, 2009.

**IT IS SO ORDERED.**

Dated: February 12, 2009

_____
MAXINE M. CHESNEY
United States District Judge