IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | No. C-07-3625 MMC |
| Plaintiffs, | **ORDER DIRECTING DALLIMONTI DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

On February 20, 2009, defendants Don Dallimonti and Rhonda Dallimonti (collectively, "Dallimontis") filed a reply to plaintiffs' opposition to the Dallimontis motion for summary judgment, and objections to certain evidence submitted by plaintiffs' in support of their opposition to the Dallimontis' motion.  The Dallimontis have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

The Dallimontis are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-

referenced documents.  The Dallimontis are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: February 25, 2009

MAXINE M. CHESNEY
United States District Judge