**SCOTT LAW FIRM**

1375 Sutter Street, Suite 222
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 561-9601

JOHN HOUSTON SCOTT (State Bar #72578)
LIZABETH N. de VRIES (State Bar #227215)

**GEARINGER LAW GROUP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3175

BRIAN GEARINGER (State Bar #146125)

Attorneys for Plaintiffs MICHAEL TOSCHI and TRACY TOSCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, and TRACY TOSCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DON DALLIMONTI, RHONDA DALLIMONTI, NEIL CULLEN, BRIAN LEE, DAVID WEIDNER, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C-07-3625 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE OF THE COURT TO CONSIDER PLAINTIFFS' LATE-FILED PAPERS PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>THE HONORABLE MAXINE M. CHESNEY<br><br>Date Action Filed:   July 13, 2007<br>Trial Date:              May 11, 2009 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCLUDE DEFENDANT DALLIMONTIS DECLARATION OF ERRATA TO AMEND ITS MOTION FOR SUMMARY JUDGMENT

U.S. DISTRICT COURT CASE NO. C-07-3625 MMC
f:\cases\cases - active\toschi, michael\federal case\pleadings\plaintiffs administrative motion to consider its papers\plaintiffs' motion to consider its papers proposed order.docx

The Court, having considered the papers submitted by ~~the parties and good cause~~ plaintiffs, no opposition having been filed, and good cause appearing, ~~appearing therefore~~, hereby grants plaintiffs' motion to permit the late filing of the opposition to Defendants Dallimontis' motion for summary judgment and the exhibits to the declaration of John Scott.

Dated: February 26, 2009

By _/s/ Maxine M. Chesney_
The Honorable Maxine M. Chesney
JUDGE OF THE DISTRICT COURT

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE OF THE COURT TO CONSIDER PLAINTIFFS' LATE-FILED PAPERS PURSUANT TO CIVIL LOCAL RULE 7-11

1   U.S. DISTRICT COURT CASE NO. C-07-3625 MMC

f:\cases\cases - active\toschi, michael\federal case\pleadings\plaintiffs administrative motion to consider its papers\plaintiffs' motion to consider its papers proposed order.docx