IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | No. C 07-3625 MMC |
| Plaintiffs, | **ORDER REFERRING TO MAGISTRATE JUDGE LAPORTE DEFENDANTS' MOTION FOR ORDER SANCTIONING PLAINTIFFS** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, defendants County of San Mateo, Mark Marelich, Joe Costa, and David Weidner's Motion for an Order Sanctioning Plaintiffs, including a Monetary Sanction, for Failure to Pay Expert Deposition Fees and Document Production Copying Costs, filed April 13, 2009, is hereby REFERRED to Magistrate Judge Elizabeth D. Laporte, to whom all discovery matters previously were referred.

The parties will be advised of the next appearance, if any, by Judge Laporte's chambers.

**IT IS SO ORDERED**.

Dated: April 14, 2009

MAXINE M. CHESNEY
United States District Judge