NICHOLAS PASTORE
J. MICHAEL FITZSIMMONS
------------
ROBERT G. ZELENKA
KELLY M. LAUGHRIN
LISA JEONG CUMMINS

OF COUNSEL
------------
C. MICHAEL SMITH
JOHN R. FITZSIMMONS

**CAMPBELL, WARBURTON, FITZSIMMONS,
SMITH, MENDELL & PASTORE**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
64 WEST SANTA CLARA STREET
SAN JOSE, CALIFORNIA 95113-1806
TELEPHONE: 408-295-7701
FACSIMILE: 408-295-1423

MAILING ADDRESS
POST OFFICE BOX 1867
SAN JOSE, CALIFORNIA 95109-1867
-----------

FRANK V. CAMPBELL (1892-1971)
FRANK L. CUSTER (1902-1962)
ALFRED B. BRITTON, JR. (1919-1991)
AUSTEN D. WARBURTON (1917-1995)
RALPH E. MENDELL (1927-2006)

April 20, 2009

**E-FILED DOCUMENT**

Magistrate Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:    **Toschi v. County of San Mateo, et al.**
              U.S. District Court, Northern District of California
              Case No. C-07-3625 MMC
              Settlement Conference:   April 23, 2009 at 9:30 a.m.

Dear Magistrate Judge Spero:

      In follow-up to the request made in the Dallimontis' Confidential Settlement Conference Statement delivered to you on April 9, 2009, please consider granting my client Don Dallimonti's request to attend this Thursday's settlement conference by telephone for the following reasons:

      Defendant Don Dallimonti is employed as a Sergeant with the San Mateo County Sheriff's Office. He is transitioning to a new assignment and will be in transition training on the date of the settlement conference. This training is essential to his job and very difficult to reschedule or to work around him.

      At the last settlement conference with you on September 15, 2008, Mr. Dallimonti was allowed by the Court to attend by telephone on the condition that full settlement authority was vested in Mrs. Dallimonti.

      Mr. Dallimonti is hereby requesting that the same accommodation be made for the April 23rd conference. Mrs. Dallimonti will be in attendance, with full authority

Magistrate Judge Joseph C. Spero
Re: Toschi v. County of San Mateo, et al.
April 20, 2009
_____

on behalf of herself and her husband to make any and all decisions relating to negotiation and settlement issues.  In addition, the Dallimontis are being defended in this case under their homeowners, automobile and umbrella policies with three separate insurance carriers.  Representatives with full settlement authority for all three carriers will be present at the settlement conference.

  Thank you for considering my client's request.

          Very truly yours,

          CAMPBELL, WARBURTON, FITZSIMMONS,
           SMITH, MENDELL & PASTORE


          Lisa Jeong Cummins


LJC/lc


cc: John Houston Scott (via e-filing)
   Brian Gearinger (via e-filing)
   V. Raymond Swope III (via e-filing)
   Kenneth C. Ward (via e-filing)
   Juliet R. Jonas (via e-filing)

Dated:  4/21/9



DENIED
Judge Joseph C. Spero