IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | No. C-07-3625 MMC |
|     Plaintiffs, | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
|     Defendants. | |

    In light of the criminal case pending before the Court, the Pretrial Conference scheduled for April 28, 2009 in the above-titled action is hereby CONTINUED to Thursday, May 7, 2009 at 3:00 p.m.

    **IT IS SO ORDERED.**

Dated: April 23, 2009

                                    MAXINE M. CHESNEY
                                    United States District Judge