IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOSCHI, et al., | No. C-07-3625 MMC |
| Plaintiffs, | **ORDER CONTINUING PRETRIAL AND TRIAL DATES** |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. / | |

The Court having been advised that the remaining parties to the above-titled action have reached a settlement, conditioned on approval by the County's governing board, the pretrial conference currently scheduled for May 7, 2009 is hereby CONTINUED to July 21, 2009 at 3:00 p.m., and the trial currently scheduled to begin May 11, 2009 is hereby CONTINUED to August 3, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 29, 2009

MAXINE M. CHESNEY
United States District Judge