1  J. Michael Fitzsimmons - SB #132343
   jfitzsimmons@campbellwarburton.com
2  Lisa Jeong Cummins - SB #118087
   lcummins@campbellwarburton.com
3  **CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE**
   64 West Santa Clara Street
4  San Jose, California  95113-1806
   Telephone:    408-295-7701
5  Facsimile:    408-295-1423

6  Attorneys for Defendants
   DON DALLIMONTI and RHONDA DALLIMONTI
7

   John Houston Scott - SB #72578
8  john@scottlawfirm.net
   **SCOTT LAW FIRM**
9  1388 Sutter Street, Suite 715
   San Francisco, CA 94109
10 Telephone:    415-561-9600
   Facsimile:    415-561-9609
11
   Brian Gearinger - SB #146125
12 brian@gearingerlaw.com
   **GEARINGER LAW GROUP**
13 825 Van Ness Avenue, 4th Floor
   San Francisco, CA 94109-7837
14 Telephone:    415-440-3102
   Facsimile:    415-440-3103
15
   Attorneys for Plaintiffs
16 MICHAEL TOSCHI and TRACY TOSCHI

17
                        **UNITED STATES DISTRICT COURT**
18
                        **NORTHERN DISTRICT OF CALIFORNIA**
19

20 MICHAEL TOSCHI, and TRACY        )  Case No.   C-07-3625 MMC
   TOSCHI,                          )
21                                  )
                     Plaintiffs,    )  **STIPULATION OF DISMISSAL AND**
22                                  )  ~~[PROPOSED]~~ **ORDER RE.**
   vs.                              )  **VOLUNTARY DISMISSAL WITH**
23                                  )  **PREJUDICE OF DEFENDANTS DON**
   COUNTY OF SAN MATEO, DON         )  **DALLIMONTI AND RHONDA**
24 DALLIMONTI, RHONDA               )  **DALLIMONTI**
   DALLIMONTI, NEIL CULLEN, BRIAN   )
25 LEE, DAVID WEIDNER, and DOES     )  **[F.R.C.P. Rule 41]**
   ONE through FIFTY, inclusive,    )
26                                  )
                     Defendants.    )
27 _____  )

28 _____
                            Case No.   C-07-3625 MMC
   STIPULATION AND [PROPOSED] ORDER RE. VOLUNTARY DISMISSAL WITH PREJUDICE (DALLIMONTIS)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for plaintiffs MICHAEL TOSCHI and TRACY TOSCHI, and defendants DON DALLIMONTI and RHONDA DALLIMONTI, respectively, do hereby agree and stipulate that the above-captioned case be dismissed, in its entirety and with prejudice, as to defendants DON DALLIMONTI and RHONDA DALLIMONTI only.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: May 18, 2009              CAMPBELL, WARBURTON, FITZSIMMONS,
                                 SMITH, MENDELL & PASTORE


                                 By:_____/s/_____
                                     LISA JEONG CUMMINS
                                     Attorneys for Defendants
                                     DON DALLIMONTI and RHONDA
                                     DALLIMONTI


DATED: May 27, 2009              SCOTT LAW FIRM


                                 By:_____/s/_____
                                     JOHN HOUSTON SCOTT
                                     Attorneys for Plaintiffs
                                     MICHAEL TOSCHI and TRACY TOSCHI


DATED: May 29, 2009              GEARINGER LAW GROUP


                                 By:_____/s/_____
                                     BRIAN GEARINGER
                                     Attorneys for Plaintiffs
                                     MICHAEL TOSCHI and TRACY TOSCHI

---
Case No.  C-07-3625 MMC
STIPULATION AND [PROPOSED] ORDER RE. VOLUNTARY DISMISSAL WITH PREJUDICE (DALLIMONTIS)

- 2 -

## [PROPOSED] ORDER

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice, as to defendants DON DALLIMONTI and RHONDA DALLIMONTI.
2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 1, 2009

_____
HON. MAXINE M. CHESNEY
United States District Court Judge