1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: V. Raymond Swope III, Deputy (SBN 135909)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4759
4  Facsimile: (650) 363-4034
   E-mail: rswope@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, NEIL CULLEN,
   BRIAN LEE, and DAVID WEIDNER
7

8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10

11 | MICHAEL TOSCHI, AND TRACY TOSCHI         | Case No. C-07-3625 MMC
12 |                                          |
13 |         Plaintiffs,                      | **STIPULATION OF DISMISSAL AND**
   |                                          | [PROPOSED] **ORDER RE: VOLUNTARY**
14 |    vs.                                   | **DISMISSAL WITH PREJUDICE OF**
   |                                          | **DEFENDANTS COUNTY OF SAN MATEO,**
15 | COUNTY OF SAN MATEO, DON DALLIMONTI,     | **MARK MARELICH, JOE COSTA AND**
   | RHONDA DALLIMONTI, NEIL CULLEN, BRIAN    | **DAVID WEIDNER PURSUANT TO**
16 | LEE, DAVID WEIDNER, and DOES ONE through | **F.R.C.P. 41**
   | FIFTY, inclusive                         |
17 |         Defendants.                      |
18

19       Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and

20 Mutual Release of All Claims executed by and between the parties identified herein on June 18, 2009, the

21 undersigned counsel of record for plaintiffs MICHAEL TOSCHI and TRACY TOSCHI, and defendants

22 COUNTY OF SAN MATEO, MARK MARELICH, JOE COSTA, and DAVID WEIDNER,

23 respectively, do hereby agree and stipulate that the above-captioned case be dismissed, in its entirety and

24 with prejudice, as to defendants COUNTY OF SAN MATEO, MARK MARELICH, JOE COSTA, and

25 DAVID WEIDNER only. Each party will bear their own costs and attorneys' fees.

26 ///

27 ///

28 ///

1  IT IS SO STIPULATED.

2

3  Dated: July 9, 2009                    MICHAEL P. MURPHY, COUNTY COUNSEL

4

5  By: _____
   V. RAYMOND SWOPE III, Deputy

6

7  Attorneys for Defendants
   COUNTY OF SAN MATEO, MARK MARELICH, JOE
8  COSTA, and DAVID WEIDNER

9  Dated: July 16, 2009                   SCOTT LAW FIRM

10

11  By: _____
    JOHN HOUSTON SCOTT
12  Attorneys for Plaintiffs
    MICHAEL TOSCHI and TRACY TOSCH
13

14  Dated: July 16, 2009                  GEARINGER LAW GROUP

15

16  By: _____
    BRIAN GEARINGER
17

18  Attorneys for Plaintiffs
    MICHAEL TOSCHI and TRACY TOSCHI
19

20

21

22

23

24

25  / / /

26  / / /

27

28

## [PROPOSED] ORDER

Pursuant to the parties' STIPULATION FOR DISMISSAL set forth above, and good cause appearing, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice, as to defendants COUNTY OF SAN MATEO, MARK MARELICH, JOE COSTA, and DAVID WEIDNER.

2. Each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 27, 2009

HONORABLE MAXINE M. CHESNEY
United States District Judge